| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517 |
| | Attorney General of California |
| 2 | PETER A. MESHOT, State Bar No. 117061 |
| | Supervising Deputy Attorney General |
| 3 | DIANA ESQUIVEL, State Bar No. 202954 |
| | Deputy Attorney General |
| 4 |   1300 I Street, Suite 125 |
| |   P.O. Box 944255 |
| 5 |   Sacramento, CA 94244-2550 |
| |   Telephone: (916) 210-7320 |
| 6 |   Facsimile: (916) 322-8288 |
| |   E-mail: Diana.Esquivel@doj.ca.gov |
| 7 | *Attorneys for Defendant Jimenez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.** | No. 1:18-cv-01138 DAD-SKO |
| Plaintiffs, | **STIPULATION FOR THIRTY-DAY EXTENSION FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND ORDER** |
| v. | |
| **EFRAIN JIMENEZ, et al.,** | (Doc. 6) |
| Defendants. | |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), the parties, through their respective counsel of record, stipulate to and request a thirty-day extension for Defendant Jimenez to respond to the complaint.

Defendant was served on August 28, 2018. (*See* ECF No. 5.) His responsive pleading is currently due on September 18, 2018. An extension is needed because the parties are meeting and conferring concerning the adequacy of the allegations of the complaint. The parties have exchanged authorities supporting their respective positions, and require additional time to review those authorities. The parties are meeting and conferring in good faith in order to attempt to resolve these issues without the need for unnecessary motion practice.

1

The parties also stipulate to the filing of an amended complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure. The parties agree that if Plaintiffs do not believe that amendment is warranted, Defendant's response to the August 22, 2018 complaint (ECF No. 1) will be due on or before October 18, 2018. If Plaintiffs elect to amend their complaint pursuant to this stipulation, they will file their first amended complaint on or before October 9, 2018. Defendant's response to the amended complaint will be due fourteen days thereafter pursuant to Rule 15(a)(3).

IT IS SO STIPULATED.

Dated: September 17, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

Dated: September 17, 2018

**LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**LAW OFFICES OF PANOS LAGOS**

*/s/ Sanjay S. Schmidt* (as authorized 9/17/18)

SANJAY S. SCHMIDT
*Attorneys for Plaintiffs J. A. J., Santana Juarez Jimenez, and Teresa Gonzalez-Velazquez*

\\\
\\\
\\\

**ORDER**

The Court, having considered the parties' above, "Stipulation for Thirty-Day Extension for Defendant to Respond to the Complaint" (Doc. 6), and good cause appearing, hereby GRANTS the parties' stipulation.

Defendant Jimenez's deadline to respond to Plaintiff's complaint filed August 22, 2018 (Doc. 1), is EXTENDED by thirty (30) days to October 18, 2018. In the event Plaintiffs elect to amend their complaint pursuant to the parties' stipulation, the first amended complaint shall be filed on or before October 9, 2018, and Defendant's response to the amended complaint shall be due fourteen (14) days after the filing of the amended complaint as required under Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated: **September 18, 2018**         /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE