| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | PETER A. MESHOT, State Bar No. 117061<br>Supervising Deputy Attorney General |
| 3 | DIANA ESQUIVEL, State Bar No. 202954<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 210-7320 |
| 6 | Facsimile: (916) 322-8288<br>E-mail: Diana.Esquivel@doj.ca.gov |
| 7 | *Attorneys for Defendant Jimenez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**EFRAIN JIMENEZ, et al.,**<br><br>Defendants. | No. 1:18-cv-01138 DAD-SKO<br><br>**STIPULATION FOR TWO-DAY EXTENSION FOR DEFENDANT TO ANSWER THE AMENDED COMPLAINT AND ORDER**<br>[L.R. 144(a)]<br><br>(Doc. 12)<br><br>Action Filed: August 22, 2018 |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), the parties, through their respective counsel of record, stipulate to and request a two-day extension for Defendant Jimenez to answer the first amended complaint. Good cause exists to grant this short extension because Defendant requires more time to file his answer despite the diligence of his attorney.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A response to an amended pleading must be made within fourteen days after service of the amended pleading. Fed. R. Civ. P. 15(a)(3); *see*

1

*also*, Sept. 18, 2018 Order, ECF No. 8 (requiring Defendant to file his response to any amended pleading no later than fourteen days after the filing).

Plaintiffs filed their amended complaint on October 9, 2018. (ECF No. 9.) Under Rule 15 and the Court's prior order, Defendant's response is currently due October 23, 2018. Defendant requires a short extension of this deadline to file his answer to the amended complaint. Although Defendant's attorney has drafted the answer, the pleading is undergoing the required internal and client review, and Defendant requires more time to complete the review process. This case involves the fatal shooting of Plaintiffs' decedent, and may result in substantial damages if any Defendant is found liable. The Attorney General's office and the California Highway Patrol require that all pleadings in these types of cases undergo several levels of review before they are filed. The requested extension will not affect any other deadline or delay the litigation of this case as Defendant intends to file an answer. Good cause therefore exists to grant the extension.

IT IS SO STIPULATED.

Dated: October 22, 2018						Respectfully submitted,

								XAVIER BECERRA
								Attorney General of California
								PETER A. MESHOT
								Supervising Deputy Attorney General


								*/s/ Diana Esquivel*

								DIANA ESQUIVEL
								Deputy Attorney General
								*Attorneys for Defendant Jimenez*


Dated: October 22, 2018						**LAW OFFICE OF SANJAY S. SCHMIDT**
								-and-
								**LAW OFFICES OF PANOS LAGOS**


								*/s/ Sanjay S. Schmidt* (as authorized 10/22/18)

								SANJAY S. SCHMIDT
								*Attorneys for Plaintiffs J. A. J., Santana Juarez Jimenez, and Teresa Gonzalez-Velazquez*

# ORDER

Good cause appearing, the parties' above-stipulation (Doc. 12) is GRANTED.

Defendant Jimenez's answer to the first amended complaint shall be due on or before October 25, 2018.

IT IS SO ORDERED.

Dated: **October 23, 2018**             /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE