**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602-2614
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
E-mail: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs,
J. A. J., SANTANA JUAREZ JIMENEZ,
and TERESA GONZALEZ-VELAZQUEZ

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A.MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Jimenez*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.A.J., a minor, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of California Highway Patrol Officer EFRAIN JIMENEZ (ID #18075), et al., <br><br> Defendants. | Case No.:1:18-cv-01138-DAD-SKO <br><br> JOINT STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE <br><br> (Doc. 15) |

///

///

///

- 1 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

Plaintiffs and Defendant, EFRAIN JIMENEZ,[1] by and through their respective undersigned counsel, hereby respectfully stipulate and request to continue the Mandatory Scheduling Conference now set before the Honorable Sheila K. Oberto, from December 6, 2018 at 9:45 a.m. to January 15, 2019 at 10:15 a.m. in Courtroom 7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721.

The continuance is requested by counsel for Plaintiffs, who are set for a Case Management Conference in the Northern District Court (San Francisco), on December 6, 2018, at 11:00 a.m., in the case of *Perez Trujillo v. Town of American Canyon*, U.S.D.C. (N.D. Cal.) Case Number: 3:18-cv-05519-LB. A continuance is also needed to effect service on Defendant A.J.

Respectfully submitted,

Dated: November 7, 2018

**LAW OFFICES OF PANOS LAGOS**
**-and-**
**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorneys for Plaintiffs,
J. A. J., SANTANA JUAREZ JIMENEZ,
and TERESA GONZALEZ-VELAZQUEZ

Dated: November 7, 2018

XAVIER BECERRA
Attorney General of California
PETER A.MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel (as authorized 11/7/18)*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

///

///

///

---

[1] Defendant, A.J., named in Plaintiff's First Amended Complaint [Dkt. 9] filed October 9, 2018, has not yet been served with process or otherwise appeared in this action.

- 2 –

*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

## **ORDER**

Pursuant to the parties' above-stipulation and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 6, 2018, is CONTINUED to January 15, 2019 at 10:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **November 8, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO