1  **Panos Lagos, Esq. / SBN 61821**
   **LAW OFFICES OF PANOS LAGOS**
2  5032 Woodminster Lane
   Oakland, CA 94602-2614
3  510.530.4078
   510.530.4725 (FAX)
4  E-mail: panos@panoslagoslaw.com

5  **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
6  1388 Sutter Street, Suite 810
   San Francisco, CA 94109
7  Tel. (415) 563-8583
   Fax (415) 223-9717
8  E-mail: ss@sanjayschmidtlaw.com

9  Attorneys for Plaintiffs,
   J. A. J., SANTANA JUAREZ JIMENEZ,
10 and TERESA GONZALEZ-VELAZQUEZ

11 XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
12 PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
13 DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
14 1300 I Street, Suite 125
   P.O. Box 944255
15 Sacramento, CA 94244-2550
   Telephone: (916) 210-7320
16 Facsimile: (916) 322-8288
   E-mail: Diana.Esquivel@doj.ca.gov
17 *Attorneys for Defendant Jimenez*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.J., a minor, etc., et al., | Case No.:1:18-cv-01138-DAD-SKO |
| Plaintiffs, | JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |
| v. | |
| State of California Highway Patrol Officer EFRAIN JIMENEZ (ID #18075), et al., | (Doc. 27) |
| Defendants. | Hon. Sheila K. Oberto |
| | **TELEPHONIC APPEARANCE REQUESTED** |

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT JUDGMENT; ORDER                                - 1 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

Plaintiffs and Defendant, EFRAIN JIMENEZ, by and through their respective undersigned counsel, hereby respectfully stipulate and request that the hearing on Plaintiffs' Motion for Entry of Default Judgment as to Defendant A.J. be continued from June 12, 2019 at 9:30 a.m. to June 19, 2019 at 9:30 a.m. in Courtroom 7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721.

The continuance is requested by counsel for Plaintiffs, who are set for a 10:00 a.m. deposition on June 12, 2019 in San Francisco, CA, in the case of *Perez Trujillo v. Town of American Canyon*, U.S.D.C. (N.D. Cal.) Case Number: 3:18-cv-05519-LB.

**The parties respectfully request that they be permitted to appear by telephone at the hearing.**

Respectfully submitted,

Dated: May 21, 2019
**LAW OFFICES OF PANOS LAGOS**
**-and-**
**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorneys for Plaintiffs,
J. A. J., SANTANA JUAREZ JIMENEZ,
and TERESA GONZALEZ-VELAZQUEZ

Dated: May 21, 2019
XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/Diana Esquivel* (as authorized 5/21/19)
DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

///
///
///
///
///
///

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT JUDGMENT; ORDER - 2 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

**ORDER**

Pursuant to the parties' above Stipulation (Doc. 27) and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' Motion for Entry of Default Judgment as to Defendant A.J. (Doc. 26) is CONTINUED from June 12, 2019 at 9:30 a.m. to June 19, 2019 at 9:30 a.m. in Courtroom 7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721;

2. The parties are permitted to appear by telephone at the hearing.

IT IS SO ORDERED.

Dated: **May 23, 2019**              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE