# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.J, a minor, through his mother and Next Friend, CRYSTAL BOTELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of California Highway Patrol Officer EFRAIN JIMENEZ, et al., <br><br> Defendants. | Case No.: 1:18-cv-01138-DAD-SKO <br><br> ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF J.A.J. <br><br> (Doc. 33) |

On July 1, 2017, Crystal Botello filed an application for appointment as guardian ad litem for her minor son, Plaintiff J.A.J. (Doc. 33.) Good cause appears to appoint Ms. Botello as Plaintiff J.A.J.'s guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that Petitioner Crystal Botello is APPOINTED as the guardian ad litem for minor Plaintiff J.A.J.

IT IS SO ORDERED.

Dated: **July 2, 2019**                     /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE