|   |   |
|---|---|
| J.A.J., a minor, through his mother and guardian *ad litem* CRYSTAL BOTELLO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>State of California Highway Patrol Officer EFRAIN JIMENEZ, et al.,<br><br>Defendants. | No. 1: 18-cv-01138-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE<br><br>(Doc. Nos. 26, 29) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiffs J.A.J., a minor, through his mother and guardian *ad litem* Crystal Botello, individually and as successor in interest for Santana Juarez Gonzalez, deceased ("decedent"); Santana Juarez Jimenez, individually; and Teresa Gonzalez-Velazquez, individually (collectively, "plaintiffs"), filed their complaint in this action on August 22, 2018. (Doc. No. 1.)

The complaint included causes of action pursuant to 42 U.S.C. § 1983; California Civil Code § 52.1(b); negligence; and assault and battery claims against California Highway Patrol Officer Efrain Jimenez ("officer Jimenez"). (*Id.*) On October 9, 2018, plaintiffs filed a first amended complaint ("FAC") naming as defendants officer Jimenez, and A.J., a minor, through her mother and next friend Selene Ramos, individually and as successor in interest for decedent, which is now the operative pleading in the action. (Doc. No. 9)

| | |
|---|---|
| 1 | Officer Jimenez was served with the complaint on October 9, 2018 and filed his answer |
| 2 | on October 24, 2018. (*See* Doc. Nos. 9, 14.) Ultimately, plaintiffs were unable to serve |
| 3 | defendant A.J. and sought an order from the assigned magistrate judge permitting them to serve |
| 4 | her by publication. (Doc. No. 17.) On December 27, 2018, the magistrate judge granted |
| 5 | plaintiffs' request to serve defendant A.J., through her mother and next friend Selene Ramos, by |
| 6 | publication. (Doc. No. 18.) |
| 7 | To date, defendant A.J. has neither filed an answer nor made any attempt to appear in the |
| 8 | action. Plaintiffs requested the Clerk of Court to enter default against defendant A.J. on April 5, |
| 9 | 2019 (Doc. No. 24), and the request was granted on April 8, 2019 (Doc. No. 25). On May 7, |
| 10 | 2019, plaintiffs filed a motion for entry of default judgment against defendant A.J. (Doc. No. 26.) |
| 11 | The motion was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636 and Local |
| 12 | Rule 302. No opposition to plaintiffs' motion was filed. |
| 13 | On June 13, 2019, the magistrate judge issued findings and recommendations, |
| 14 | recommending that plaintiffs' motion for default judgment be denied without prejudice because |
| 15 | defendant A.J. is a minor for whom no guardian *ad litem* has appeared. (Doc. No. 29.) "A |
| 16 | default judgment may be entered against a minor or incompetent person only if represented by a |
| 17 | general guardian, conservator, or other like fiduciary who has appeared." Fed. R. of Civ. P. |
| 18 | 55(b)(2). Because a guardian *ad litem* has not been appointed for nominal defendant A.J., the |
| 19 | magistrate judge concluded that the court could not grant plaintiffs' motion for default judgment |
| 20 | at this time. (Doc. No. 29 at 2–3.) The findings and recommendations provided that any party |
| 21 | could file objections thereto within fourteen (14) days. To date, no objections have been filed and |
| 22 | the time for doing so has expired. |
| 23 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a |
| 24 | *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the |
| 25 | findings and recommendations are supported by the record and proper analysis. |
| 26 | ///// |
| 27 | ///// |
| 28 | ///// |

Accordingly,

1. The findings and recommendations issued June 13, 2019 (Doc. No. 29) are adopted in full; and
2. Plaintiffs' motion for entry of default judgment against defendant A.J. (Doc. No. 26) is denied without prejudice.

IT IS SO ORDERED.

Dated: **August 14, 2019**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE