UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.J., a minor, through his mother and Next Friend, CRYSTAL BOTELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of California Highway Patrol Officer EFRAIN JIMENEZ, et al., <br><br> Defendants. | No. 1:18-cv-01138-DAD-SKO <br><br> **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> **(Doc. 45)** |

On April 10, 2020, the parties filed a stipulation to extend all scheduling order dates. (Doc. 45.) The parties state that they have diligently pursued discovery but the current coronavirus (COVID-19) pandemic has caused substantial delays in discovery. (*Id.* at 2.) Specifically, the parties have multiple depositions to complete and have third party subpoenas outstanding, and although "[c]ounsel anticipated scheduling depositions of the parties and third-party witnesses for late March and April[,]" that has not been possible due to the "shelter-in-place" restrictions in California. (*See id.*)

Based on the parties' representations, and because this is the parties' first request to modify the scheduling order, the Court finds good cause to extend the deadlines in the scheduling order as requested.[1] Accordingly, for good cause shown, the Court GRANTS the request and will modify the scheduling order and enlarge the deadlines as follows:

---

[1] The Court will adjust certain dates proposed by the parties to conform to the Court's scheduling preferences.

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | April 24, 2020 | January 29, 2021 |
| Expert Disclosures | May 22, 2020 | March 5, 2021 |
| Rebuttal Expert Disclosures | June 12, 2020 | April 2, 2021 |
| Expert Discovery Completion | July 10, 2020 | May 7, 2021 |
| Non-Dispositive Motion Filing | July 24, 2020 | May 14, 2021 |
| Non-Dispositive Motion Hearing | August 26, 2020 | June 16, 2021 |
| Dispositive Motion Filing | July 24, 2020 | July 2, 2021 |
| Dispositive Motion Hearing | September 15, 2020 | September 3, 2021 |
| Settlement Conference | May 19, 2020 | September 9, 2021, at 10:30 a.m. |
| Pretrial Conference | November 30, 2020 | November 15, 2021, at 2:30 p.m. |
| Trial | January 26, 2021 | January 4, 2022, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **April 14, 2020**                                      /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE