**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602-2614
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA  94109
Tel. (415) 563-8583
Fax (415) 223-9717
E-mail: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs,
J. A. J., SANTANA JUAREZ JIMENEZ,
and TERESA GONZALEZ-VELAZQUEZ

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A.MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
AMIE McTAVISH, State Bar No. 242372
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Jimenez*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.J., a minor, etc., et al., | Case No.: 1:18-cv-01138-DAD-SKO |
| Plaintiffs, | STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINE |
| v. | |
| State of California Highway Patrol Officer EFRAIN JIMENEZ (ID #18075), et al., | |
| Defendants. | (Doc. 49) |

///

///

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO
EXTEND THE EXPERT DISCOVERY DEADLINE                               - 1 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their respective counsel of record, stipulate and request to modify the April 15, 2020 Amended Scheduling Order (ECF No. 46, amending ECF No. 23) to extend the deadline by when expert discovery must be completed as follows:

| Event | Date | Requested Date |
|---|---|---|
| Expert Disclosures | March 5, 2021 | March 31, 2021 |
| Rebuttal Expert Disclosures | April 2, 2021 | April 16, 2021 |

Good cause exists to grant this stipulated request because, despite the parties' diligence, they will not be able to disclose expert witnesses by the current deadline due to the ongoing COVID-19 pandemic and resulting restrictions. This requested modifications will not affect any other scheduling deadline.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A scheduling order may be modified only upon a showing of good cause and by leave of Court. *Id.* 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment). On April 5, 2019, the Court entered its initial Scheduling Order. (ECF No. 23.) Due to the onset of the COVID-19 pandemic, the parties requested, and the Court granted, an extension of all the scheduling deadlines and trial on April 20, 2020 (ECF No. 46.), and of the deadline to complete non-expert discovery. (ECF No. 48). The Amended Scheduling Order (ECF No. 46) required the parties to complete expert discovery by May 7, 2021. (*Id.*) It should be noted that, at that time, the full scope and expected duration of the pandemic and concomitant public health measures and restrictions were unknown by public health and government officials, let alone the parties and their respective counsel.

As such, the Amended Scheduling Order required the parties to complete expert discovery by May 7, 2021. (*Id.*) Distribution of the vaccines did not commence until recently. At the present time, it is not yet known when the pandemic-related restrictions can be lifted. Nevertheless, the parties have engaged in extensive written discovery, including initial disclosures, interrogatories, and requests for production of documents. The parties subpoenaed and obtained relevant records from third parties. Plaintiffs' and the Guardian Ad Litem's depositions have been taken and completed, Defendant's deposition was taken and completed on January 22, 2021, depositions of three witnesses from the Branch & Vine where the incident occurred, Rene Galindo, Julian Gonzales and Fernando Ramirez, were taken and completed on February 4, 2021, and the depositions of two non-party CHP Officers Shandara Kensey and Isaac Martinez, were completed on February 25, 2021 and February 26, 2021, respectively. Despite the parties' diligence in obtaining discovery, there is third-party discovery that still needs to be completed. The parties seek to depose additional third-party witnesses, including two additional witnesses from the Branch & Vine where the incident occurred, Decedent's siblings, at least one additional non-party CHP Officer, and Madera County Sheriff's Person Most Knowledge concerning the production of a video of the shooting incident.

Due to the ongoing national pandemic, scheduling and taking depositions is an onerous and time-consuming task. For this reason, the parties sought and obtained this Court's Order for more time to complete fact discovery. For these same reasons, the parties now seek this Court's Order to extend the expert disclosure deadlines. In order for the parties' experts to provide complete and accurate opinions, the depositions of the remaining third-party witnesses need to be completed. Good cause, therefore, exists to continue the deadline to disclose expert witnesses to March 31 and rebuttal experts to April 16, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 26, 2021

LAW OFFICES OF PANOS LAGOS
-and-
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/Panos Lagos*
By: Panos Lagos, Esq.
Attorneys for Plaintiffs,
J.A.J. and Teresa Gonzalez-Velazquez

Dated: February 26, 2021

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/Diana Esquivel* (as authorized 02/26/2021)
DIANA ESQUIVEL
AMIE C. McTAVISH
Deputy Attorney General
Attorneys for Defendant Jimenez

## <u>ORDER</u>

Good cause appearing, the parties' above-stipulated request to further modify the April 15, 2020 Amended Scheduling Order (Doc. 49) is GRANTED.

The expert-related deadlines are CONTINUED as follows:

| Event | Date |
|---|---|
| Expert Disclosures | March 31, 2021 |
| Rebuttal Expert Disclosures | April 16, 2021 |

In all other respects, the April 15, 2020 Amended Scheduling Order (Doc. 46) remains in effect.

IT IS SO ORDERED.

Dated:  __**March 1, 2021**__           _____ /s/ *Sheila K. Oberto* _____
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO
EXPEND THE EXPERT DISCOVERY DEADLINE                    - 4 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO