**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602-2614
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
E-mail: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs,
J. A. J., SANTANA JUAREZ JIMENEZ,
and TERESA GONZALEZ-VELAZQUEZ

ROB BONTA, State Bar No. 202668
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Jimenez*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.A.J., a minor, etc., et al., | Case No. 1:18-cv-01138-DAD-SKO |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| State of California Highway Patrol Officer EFRAIN JIMENEZ (ID #18075), et al., | (Doc. 65) |
| Defendants. | |

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE                                - 1 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

Pursuant to Local Rule 143, the parties, through their respective counsel of record, stipulate and request that the Settlement Conference now set for September 9, 2021 be continued to a date after this Court's ruling on Defendant's Motion for Summary Judgement (ECF No. 62), which is set to be heard on October 5, 2021.

Good cause exists to grant this stipulated request because the parties agree that a more meaningful conference with realistic settlement discussions will take place after Defendant's Motion for Summary Judgment has been decided.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 5, 2021

LAW OFFICES OF PANOS LAGOS
-and-
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Panos Lagos*
By: Panos Lagos, Esq.
Attorneys for Plaintiffs,
J.A.J. and Teresa Gonzalez-Velazquez

Dated: August 5, 2021

ROB BONTA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel* (as authorized 8/5/21)
DIANA ESQUIVEL
Deputy Attorney General
Attorneys for Defendant Jimenez

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE         - 2 –
*J.A.J., et al. v. Jimenez, et al.*
USDC (E.D. Cal.) Case No.: 1:18-cv-01138-DAD-SKO

**ORDER**

Good cause appearing, the Court determines that a settlement conference at this time would be premature and grants the parties' stipulation (Doc. 65). Accordingly, the Court hereby **VACATES the Settlement Conference currently set for September 9, 2021**, to be re-set after Defendant's pending motion for summary judgment (Doc. 62) is resolved.

It is hereby ORDERED that, within seven (7) days of the ruling on the motion, the parties SHALL meet and confer and file a joint status report setting forth: (1) the status of their settlement negotiations, and (2) mutually agreeable dates for a settlement conference.

IT IS SO ORDERED.

Dated:   **August 8, 2021**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE