**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.J., a minor through his mother and Next Friend CRYSTAL BOTELLO, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased; SANTANA JUAREZ JIMENEZ, individually; and TERESA GONZALEZ-VELAZQUEZ, individually;<br><br>Plaintiffs,<br><br>v.<br><br>State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;<br><br>Defendants. | Case No. 1:18-cv-01138-KES-SKO<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that Dale K. Galipo of the Law Offices of Dale K. Galipo hereby associates in as counsel of record for Plaintiff J.A.J. in the above-captioned action.

The Law Offices of Dale K. Galipo, including Dale K. Galipo, shall appear as co-counsel along with existing counsel of record, Law Offices of Panos Lagos and Law Office of Sanjay S. Schmidt. Dale K. Galipo will serve as lead trial counsel.

All parties and counsel are hereby requested to take notice of this association and to include the undersigned on all future pleadings, notices, and correspondence in this action.

DATED: August 7, 2026                    LAW OFFICES OF DALE K. GALIPO


By_____*/s/ Dale K. Galipo*_____
          Dale K. Galipo


DATED: August 7, 2026          **LAW OFFICES OF PANOS LAGOS**
                               **-and-**
                               **LAW OFFICE OF SANJAY S. SCHMIDT**


By_____*/s/ Sanjay J. Schmidt*_____
          Panos Lagos
          Sanjay J. Schmidt
          Attorneys for Plaintiff Joshua Juarez (J.A.J.)