ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Tel:: (916) 210-7320 | Fax: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**LAW OFFICES OF PANOS LAGOS**
**Panos Lagos (SBN 61821)**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078 | 510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**LAW OFFICE OF SANJAY S. SCHMIDT**
**Sanjay S. Schmidt (SBN 247475)**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583 | Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**STIPULATION AND PROPOSED ORDER FOR TWO-DAY EXTENSION TO FILE THE JOINT PRETRIAL STATEMENT**<br><br>Judge: Honorable Kirk E. Sherriff<br>Trial Date: November 10, 2026<br>Action Filed: August 22, 2018 |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 143 and 144, the parties, through their respective counsel of record, respectfully stipulate to and request a two-day extension, up and including August 19, 2026, to submit and file the Joint Pretrial Statement that is currently due on August 17, 2026. An extension is needed because the parties are attempting to resolve this matter and held a mediation on August 17 at 1:00 p.m. If the parties would have reached an agreement, it would have obviated the need to file the Joint Pretrial Statement. Although the parties engaged in a good faith mediation, the case did not resolve; accordingly, the parties require a short extension to finalize the joint statement they have already started drafting. Good cause, therefore, exists to grant this stipulated request.

On June 3, 2026, the Court set trial of this matter for November 10, 2026, and the Pretrial Conference for August 31, 2026. ECF No. 104. The Court ordered the parties to file a Joint Pretrial Statement consistent with the Court's Standing Order in Civil Cases. Based on the Court's Standing Order, the Joint Pretrial Statement is due 14 days before the Pretrial Conference, which in this case is August 17, 2026.

On June 3, the Court also referred this case to the Voluntary Dispute Resolution Program (VDRP) based on the parties' stipulation. ECF No. 103.

The parties held a mediation with VDRP mediator Robert Chalfant on August 17 at 1 p.m., which went until 4:00 p.m.

Consequently, the parties require a short extension to file the joint statement. Although the parties have started working on the Joint Pretrial Statement, they will require more time to complete the statement, in particular, the joint and separate exhibit lists. Plaintiffs have exchanged their portion of the statement and witness and exhibit lists. Defendant has filled in his portion of the statement and is reviewing the plaintiffs' exhibit list to identify duplicative or overlapping exhibits so they can be listed as joint exhibits as required under the Court's Standing Order for Civil Cases. Plaintiffs will require time to review Defendant's portions and lists, including proposed joint exhibit list, before the statement can be finalized. In addition, defense counsel needs to obtain agency-client approval of the statement before it can be filed. The parties

have been diligent in preparing the Joint Pretrial Statement, but require a short extension to complete it, in view of their good faith efforts at mediation.

For these reasons, the parties respectfully submit that good cause exists to grant this short extension.

IT IS SO STIPULATED.

Dated: August 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

Dated: August 17, 2026

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

***/s/ Panos Lagos*** (as authorized 8/17/26)

Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
*Attorneys for Plaintiff Joshua Juarez (J.A.J.)*

ORDER

The extension of time to August 19, 2026, to submit and file the Joint Pretrial Statement is GRANTED.

IT IS SO ORDERED.

Dated: August 18, 2026

UNITED STATES DISTRICT JUDGE