**PLAINTIFF'S WITNESS LIST**

1. Efrain Jimenez (Defendant)
2. Isaac Martinez (CHP Officer)
3. Scott Jobinger (CHP Officer)
4. Shandara Kensey (CHP Officer)
5. Daniel Kerber (Madera County Sheriff's Department Sergeant)
6. Julian Gonzales (Percipient Witness)
7. Luis Huaracha (Percipient Witness)
8. Vernon Franklin (Pistoresi Ambulance Paramedic)
9. Justin Arroyo (Pistoresi Ambulance EMT)
10. Erik Johnson (California Department of Forestry and Fire Protection Fire Captain)
11. Troy Riggs (CalFire Engineer Troy Riggs)
12. Mark Super, M.D. (Medical Examiner)
13. Roger Clark (Plaintiff's Police Practices Expert)
14. Paul Kealoha-Blake (Plaintiff's Video Technician)
15. Joshua Juarez (Plaintiff)
16. Crystal Botello (Plaintiff's Mother)
17. Santana Juarez Jimenez (Plaintiff's Paternal Grandfather)
18. Teresa Gonzalez-Velazquez (Plaintiff's Paternal Grandmother)
19. Madeline Elizabeth Muñoz (Plaintiff's Girlfriend)