**Exhibit B**
**Defendant's Witness List**

Defendant may call the following witnesses at trial:

1. Efrain Jimenez, Defendant
2. Clarence Chapman, Police Practices Expert
3. Shandara Kensey, CHP Officer
4. Scott Jobinger, CHP Officer
5. Isaac Martinez, CHP Officer
6. James Yates, CHP Officer
7. Rafael Rivera, CHP Officer
8. Darren Long, CHP Sergeant
9. Pablo Reyna, CHP Sergeant
10. Lincoln McKenna, CHP Sergeant
11. Kevin Clays, CHP Lieutenant
12. Dan Freeman, CHP Officer (AirOps 43 Pilot)
13. Dusty Manning, CHP Officer (AirOps 43)
14. Scott Rodda, CHP Officer (AirOps 40 Pilot)
15. Andrea Brown, CHP Officer (AirOps 40)
16. Jason Hunt, CHP Lieutenant, Central Division's Critical Incident Investigation Team (CIIT) Team Leader
17. Sean Haller, CHP Sergeant, CIIT Lead Investigator
18. Brian Yokley, Sergeant, CIIT Investigator
19. Jarrod Banta, CHP Officer, CIIT Investigator
20. Hipolito Pelayo, CHP Officer, CIIT Investigator
21. Trevor Clark, CHP Officer, CIIT Investigator
22. Carlos Marroquin, CHP Officer, CIIT Investigator
23. John Kolter, CHP Sergeant, Central Division's Multidisciplinary Accident Investigation Team (MAIT) Team Leader
24. Michael Bright, CHP Officer, MAIT Investigator
25. B. Munoz, CHP Officer, MAIT Investigator
26. J. Machado, CHP Officer, MAIT Investigator
27. R. Shaw, CHP Officer, MAIT Investigator
28. Bill Ward, Madera County Sheriff's Office (MCSO)Commander, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
29. Tyson Pogue, MCSO Commander, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
30. Robert Mollet, MCSO Sergeant, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637

31. Daniel Kerber, MCSO Sergeant, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
32. John Grayson, MCSO Detective, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
33. Luis Padgett, MCSO Detective, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
34. Jose Villafan, MCSO Deputy, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
35. Jose Iniguez, MCSO Deputy, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
36. Isaac Hare, MCSO Deputy
37. Ryan Vermeulen, MCSO Deputy, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
38. Miguel Hernandez, MCSO Deputy, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
39. Daniella Romero, MCSO Identification Technician, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
40. Brian Hieger, MSCO Reserve Deputy, County of Madera Sheriff's Office, 2725 Falcon Drive, Madera, CA 93637
41. Rene Galindo, Branch & Vine Event Center patron, 2050 Walnut Ave., Dos Palos, CA 93620
42. Stevan C. Ramirez, Branch & Vine Event Center patron, 14232 W. Stanislaus Ave., Kernan, CA 93630
43. Luis M. Huaracha, Branch & Vine Event Center patron, 2316 S. Price Ave., Fresno, CA 93725
44. Salvador Gonzales, III, Branch & Vine Event Center patron, 276 W. Lexington Ave., Fresno, CA 93711
45. Jaime Gonzales, Branch & Vine Event Center patron, 717 Miller Lane, Firebaugh, CA 93622
46. Julian Gonzales, Branch & Vine Event Center patron, 107 Leyva Ave., Firebaugh, CA 93622
47. Fernando Ramirez, Branch & Vine Event Center patron, 1257 Golden Gate Ave., Dos Palos, CA 93620, (209) 704-0836
48. Sara Grendahl, Carjacking Victim, 464 West Bedford Ave., Clovis, CA 93611
49. Carson Allen, Carjacking Victim, 464 West Bedford Ave., Clovis, CA 93611