# PLAINTIFF'S EXHIBIT LIST

| Ex. | Description |
|---|---|
| 1. | CHP Air Ops A17-240 Video (AG004276) |
| 2. | CHP Air Ops A17-242 Video (AG004294) |
| 3. | CHP MVARS of Officer Efrain Jimenez (AG004261-62) |
| 4. | CHP MVARS of Officer Scott Jobinger #1 (AG004263-67) |
| 5. | CHP MVARS of Officer Scott Jobinger #2 (AG004270) |
| 6. | CHP MVARS of Officer J. Yates (AG004274-75) |
| 7. | CHP MVARS of Officer Shandara Kensey (AG004296-97) |
| 8. | Video taken by Percipient Witness Julian Gonzales (AG004307) |
| 9. | Videos taken by Percipient Witness Fernando Ramirez (AG004305-06) |
| 10. | Video Interview of Officer Shandara Kensey 1 of 2 (AG004146) (ID Only) |
| 11. | Video Interview of Officer Shandara Kensey 2 of 2 (AG004147) (ID Only) |
| 12. | Audio Interview of Officer Shandara Kensey (AG004148) (ID Only) |
| 13. | Audio Interview of Officer Shandara Kensey (AG004149) (ID Only) |
| 14. | Video Interview of Officer Isaac Martinez (AG004150) (ID Only) |
| 15. | Video Interview of Officer Isaac Martinez (AG004151) (ID Only) |
| 16. | Video Interview of Officer Isaac Martinez (AG004152) (ID Only) |
| 17. | Audio Interview of Officer Isaac Martinez (AG004153) (ID Only) |
| 18. | Audio Interview of Officer Isaac Martinez (AG004154) (ID Only) |
| 19. | Video Interview of Officer Scott Jobinger (AG004158) (ID Only) |
| 20. | Video Interview of Officer Scott Jobinger (AG004159) (ID Only) |
| 21. | Video Interview of Officer Scott Jobinger (AG004160) (ID Only) |
| 22. | Audio Interview of Officer Scott Jobinger (AG004157) (ID Only) |
| 23. | Video Interview of Officer Efrain Jimenez (AG004162) (ID Only) |
| 24. | Video Interview of Officer Efrain Jimenez (AG004163) (ID Only) |
| 25. | Video Interview of Officer Efrain Jimenez (AG004164) (ID Only) |

| | |
|---|---|
| 26. | Audio Interview of Officer Efrain Jimenez (AG004165) (ID Only) |
| 27. | Video Interview of Officer Efrain Jimenez (AG004167) (ID Only) |
| 28. | Video Interview of Officer Efrain Jimenez (AG004168) (ID Only) |
| 29. | Video Interview of Officer Efrain Jimenez (AG004169) (ID Only) |
| 30. | Audio Interview of Officer Efrain Jimenez (AG004170) (ID Only) |
| 31. | Transcript of Interview of Officer Efrain Jimenez (AG000041-72) (ID Only) |
| 32. | Audio Interview of Luis M. Huaracha (AG004128) (ID Only) |
| 33. | Audio Interview of Julian Gonzales (AG004362) (ID Only) |
| 34. | MAIT Evidence Overview Diagram (AG000092) |
| 35. | MAIT Physical Evidence Diagram (AG000093) |
| 36. | MAIT Detail Diagram (AG000094) |
| 37. | Dispatch Recording (AG004138) |
| 38. | Autopsy of Santana Juarez Gonzalez (AG003870-78) |
| 39. | DashCam SloMo.mov (P000253) |
| 40. | Hand held still.mov (P000254) |
| 41. | Hand Held2zzoom.tiff (P000255) |
| 42. | Panos ClipB.jpg (P000256) |
| 43. | Panos Still 1.jpg (P000257) |
| 44. | Panos Still 2.jpg (P000258) |
| 45. | Panos Still 3.jpg (P000259) |
| 46. | Panos Still 4.jpg (P000260) |
| 47. | Panos Still Clips.jpg (P000261) |
| 48. | Madera County Sheriff's Office Photographs (AG003594-AG003596, AG003603, AG003609, AG003611, AG003767-AG003772, AG003825-AG003840, AG004289-AG004290) |
| 49. | Photographs taken by Plaintiff's counsel, Panos Lagos, on/about 2/12/2021 (P000253-P000261) |

| | |
|---|---|
| 50. | Twelve (12) annotated screen shots by Plaintiff's counsel, Panos Lagos (ECF No. 78-4, pp. 43-54) |
| 51. | Four (4) annotated screen shots by Plaintiff's counsel, Panos Lagos (ECF No. 78-4, pp. 56-59) |
| 52. | DOCS_Disk 1 of 8_AG000001-AG004139 |
| 53. | DOCS_Disk 2 of 8 AG004140-AG004157 |
| 54. | DOCS_Disk 3 of 8 AG004158-AG004162 |
| 55. | DOCS_Disk 4 of 8 AG004163-AG004262 |
| 56. | DOCS_Disk 5 of 8 AG004263-AG004267 |
| 57. | DOCS_Disk 6 of 8 AG004268-AG004269 |
| 58. | DOCS_Disk 7 of 8 AG004270-AG004272 |
| 59. | DOCS_Disk 8 of 8 AG004273-AG004304 |
| 60. | DOCS_Supp_AG004305-AG004307 |
| 61. | DOCS_Supp_AG004308-AG004319 |
| 62. | DOCS_Supp_AG004320-AG004330 |
| 63. | DOCS_Supp_AG004331-AG004345 |
| 64. | DOCS_Supp_AG004346-AG004356 |
| 65. | DOCS_Supp_AG004356-AG004362 |
| 66. | DOCS_Supp_AG004363-AG004381 |
| 67. | DOCS_Supp_AG004382 |