**Exhibit D**

Defendant's Exhibit List

| Ex. | Description |
|---|---|
| A. | Incident Detail Report (CAD) No. 170820MR00327 (AG00015 to AG00168) |
| B. | CHP AirOps A17-240 Select Photographs (AG004172 to AG004175, AG004187, AG004226) |
| C. | MVARS Recording for Officer Isaac Martinez (AG004272 to AG004273) **REMOVE IF JOINT** |
| D. | Radio Traffic Recordings (AG004259) |
| E. | Select Crime Scene Photographs by MCSO (AG003748 to AG003869, AG004022 to AG004027, AG004029 to AG004120, AG004133 to AG004137) |
| F. | Chevron Gas Station Surveillance Footage (AG004140, AG004141, AG004139, AG004140, AG004312, AG004315, AG004318, AG004320, AG004341, AG004343, AG004344) |
| G. | Audio Interview of Rene Galindo (AG004129) |
| H. | Audio Interview of Stevan C. Ramirez (AG004131) |
| I. | Audio Interview of Salvador Gonzales (AG004130) |
| J. | Audio Interview of Jaime Gonzales (AG004125) |
| K. | Audio Interview of Fernando Ramirez (AG004124) |
| L. | Audio Interview of Sara Grendahl (AG004028) |
| M. | Audio Interview of Carson Allen (AG004028) |
| N. | Clarance Chapman's Curriculum Vitae |
| O. | Clarance Chapman's Expert Report |
| P. | Clarance Chapman's Rebuttal/Supplemental Expert Report |
| Q. | Multidisciplinary Accident Investigation Team (MAIT) Narrative/Diagram (AG000509 to AG000530) & Select Photographs (AG000553 to AG003747) |
| R. | Plaintiff J.A.J.'s Responses to Defendant Efrain Jimenez's Interrogatories, Set One |
| S. | Plaintiff J.A.J.'s Responses to Defendant Efrain Jimenez's Request for Admissions, Set One |