**EXHIBIT E**

**Joint Exhibit List**

| Ex. | Description |
|---|---|
| JX-1. | CHP Air Ops A17-240 Video (AG004276) |
| JX-2. | CHP Mobile Video Audio Recording System (MVARS) of Officer Efrain Jimenez (AG004261-62) |
| JX-3. | CHP MVARS of Officer Scott Jobinger #1 (AG004263-67) |
| JX-4. | CHP MVARS of Officer Scott Jobinger #2 (AG004270) |
| JX-5. | CHP MVARS of Officer J. Yates (AG004274-75) |
| JX-6. | CHP MVARS of Officer Shandara Kensey (AG004296-97) |
| JX-7. | CHP MVARS of Officer Isaac Martinez (AG004272-73) |
| JX-8. | Video taken by Percipient Witness Julian Gonzales (AG004307) |
| JX-9. | Videos taken by Percipient Witness Fernando Ramirez (AG004305-06) |
| JX-10. | MAIT Evidence Overview Diagram (AG000092) |
| JX-11. | MAIT Physical Evidence Diagram (AG000093) |
| JX-12. | MAIT Detail Diagram (AG000094) |
| JX-13. | Dispatch Recording (AG004138) |
| JX-14. | Madera County Sheriff's Office Photographs: AG003594-AG003596, AG003603, AG003609, AG003611, AG003767-AG003772 |
| JX-15. | Video Interview of Officer Shandara Kensey 1 of 2 (AG004146) (ID Only) |
| JX-16. | Video Interview of Officer Shandara Kensey 2 of 2 (AG004147) (ID Only) |
| JX-17. | Audio Interview of Officer Shandara Kensey (AG004148) (ID Only) |
| JX-18. | Audio Interview of Officer Shandara Kensey (AG004149) (ID Only) |
| JX-19. | Video Interview of Officer Isaac Martinez (AG004150) (ID Only) |
| JX-20. | Video Interview of Officer Isaac Martinez (AG004151) (ID Only) |
| JX-21. | Video Interview of Officer Isaac Martinez (AG004152) (ID Only) |
| JX-22. | Audio Interview of Officer Isaac Martinez (AG004153) (ID Only) |

| | |
|---|---|
| JX-23. | Audio Interview of Officer Isaac Martinez (AG004154) (ID Only) |
| JX-24. | Video Interview of Officer Scott Jobinger (AG004158) (ID Only) |
| JX-25. | Video Interview of Officer Scott Jobinger (AG004159) (ID Only) |
| JX-26. | Video Interview of Officer Scott Jobinger (AG004160) (ID Only) |
| JX-27. | Audio Interview of Officer Scott Jobinger (AG004157) (ID Only) |
| JX-28. | Video Interview of Officer Efrain Jimenez (AG004162) (ID Only) |
| JX-29. | Video Interview of Officer Efrain Jimenez (AG004163) (ID Only) |
| JX-30. | Video Interview of Officer Efrain Jimenez (AG004164) (ID Only) |
| JX-31. | Audio Interview of Officer Efrain Jimenez (AG004165) (ID Only) |
| JX-32. | Video Interview of Officer Efrain Jimenez (AG004167) (ID Only) |
| JX-33. | Video Interview of Officer Efrain Jimenez (AG004168) (ID Only) |
| JX-34. | Video Interview of Officer Efrain Jimenez (AG004169) (ID Only) |
| JX-35. | Audio Interview of Officer Efrain Jimenez (AG004170) (ID Only) |
| JX-36. | Transcript of Interview of Officer Efrain Jimenez (AG000041-72) (ID Only) |
| JX-37. | Audio Interview of Luis M. Huaracha (AG004128) (ID Only) |
| JX-38. | Audio Interview of Julian Gonzales (AG004362) (ID Only) |