ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Tel:: (916) 210-7320 | Fax: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**LAW OFFICES OF PANOS LAGOS**
**Panos Lagos (SBN 61821)**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078 | 510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**LAW OFFICE OF SANJAY S. SCHMIDT**
**Sanjay S. Schmidt (SBN 247475)**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583 | Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**STIPULATION AND PROPOSED ORDER FOR THREE-DAY EXTENSION TO FILE MOTIONS IN LIMINE**<br><br>Judge: Honorable Kirk E. Sherriff<br>Trial Date: November 10, 2026<br>Action Filed: August 22, 2018 |

Under Federal Rules of Civil Procedure 6(b) and 16(e) and Local Rule 143, the parties, by and through their counsel of record, stipulate to and request a three-day extension of the deadline to file motions in limine as set out in the Tentative Pretrial Order (ECF No. 111). Said motions are currently due on September 29. (*Id*.) The parties require more time to file their respective motions because they continue to meet and confer to informally resolve and reach agreement on several of the disputed evidentiary issues. The requested extension will not affect any other deadline and may reduce the number of motions or issues the Court will need to decide. To prevent manifest injustice and good cause appearing, the parties request that motions in limine be due October 2, 2026.

On September 4, 2026, the Court issued its Tentative Pretrial Order requiring the parties to file and serve their respective motions in limine by September 29. (ECF No. 111 at 4:22.) The Tentative Pretrial Order also required the parties to meet and confer before filing such motions to determine whether they can resolve any evidentiary dispute and avoid filing a motion. (*Id*. at 4:17-20.) The parties have been meeting and conferring on the evidentiary issues to be raised in the motions in limine. The parties have reached agreement on a number of issues and continue to discuss and evaluate other issues. With a little more time, the parties believe they may be able to reach a compromise on other issues and avoid burdening the Court with additional motions in limine. The requested three-day extension will affect any other deadlines in the Court's Tentative Pretrial Order. For these reasons, the parties respectfully submit that to prevent manifest injustice, by requiring the parties to file motions on disputed issue that may be resolved with further informal discussions, and good cause showing, the Court grant the requested extension and order the parties to file their respective motions in limine by no later than October 2, 2026.

IT IS SO STIPULATED.

Dated: September 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

Dated: September 28, 2026

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

***/s/ Hang D. Le*** (as authorized 9/28/26)

Dale K. Galipo
Hang D. Le
Panos Lagos
Sanjay J. Schmidt
*Attorneys for Plaintiff Joshua Juarez (J.A.J.)*

**IT IS SO ORDERED.**

Dated: ____________

______________________________________
Honorable Kirk E. Sherriff
United States District Judge

SA2018302522
45336457