**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;<br><br>Defendants. | Case No. 1:18-cv-01138-KES-EGC<br><br>**DECLARATION OF SANJAY S. SCHMIDT IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE NOS. 1–3** |

I, Sanjay S. Schmidt, attest and declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California, as well as all the courts of the State of New Mexico. I am also admitted to practice in the United States District Courts for the Northern, Eastern, and Central Districts of California, the United States District Court for the District of New Mexico, and the United States Court of Appeals for the Ninth Circuit.

2. I have personal knowledge of the following facts and, if called as a witness, can and will competently testify to them under oath.

3. As to any matters alleged on information and belief, I believe them to be true.

4. I am co-counsel for the Plaintiff in this action.

5. Attached as **Exhibit A** to this declaration is a true and correct copy of the Federal Rule of Civil Procedure 26(a)(2)(B) report of Defendant Jimenez's retained police practices expert, Clarence Chapman.

6. Attached as **Exhibit B** to this declaration is a true and correct copy of the Federal Rule of Civil Procedure 26(a)(2)(D)(ii) "rebuttal/supplemental" report of Defendant Jimenez's retained police practices expert, Clarence Chapman.

7. Attached as **Exhibit C** to this declaration is a true and correct copy of "DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES" that was served by the defense in this case, on April 7, 2021.

8. The California Commission on Peace Officer Standards and Training (POST), in Learning Domain 44, titled "Active Shooter," defines an active shooter as a person who is "actively engaged in a life threatening assault that could result in multiple deaths or serious bodily injury." And it defines an "Active Shooter Incident" as follows: "An **active shooter incident** is when a person or persons are actively engaged in a life threatening assault that could result in multiple deaths or serious bodily injury. Active shooter incidents are characterized by the use of firearms or other lethal weapons with the intent to cause mass casualties." Cal. Comm'n on Peace Officer Standards & Training, *Basic Course Workbook Series: Learning Domain 44, Active Shooter* 1-3 (Version 1.0, Apr. 2026) (emphasis in original); available at:

https://post.ca.gov/portals/0/post_docs/basic_course_resources/workbooks/LD_44-V1.0.pdf

9. California Highway Patrol General Order 100.101, "Active Shooter Response," defines an active shooter as a suspect who is "actively engaged in random or systematic violence, demonstrating their intent to cause death or serious bodily injury to others." Cal. Highway Patrol, Gen. Order 100.101, *Active Shooter Response* § 2(b)(1), at 1 (rev. May 2024); available at: https://www.chp.ca.gov/siteassets/policy/go/go-100.101-active-shooter-response_sanitized.pdf

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 2, 2026, in San Francisco, California.

*/s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT