MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-DAD-SKO<br><br>**DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**<br><br>Judge: Hon. Dale A. Drozd<br>Trial Date: January 4, 2022<br>Action Filed: August 22, 2018 |

Under Federal Rule of Civil Procedure 26(a)(2)(A), Defendant Jimenez discloses Clarence R. Chapman as a retained expert witness. Mr. Chapman has expertise in law enforcement policies, procedures, and training in the use of force, including deadly force. He will offer testimony about the reasonableness of Defendant's use of force on August 20, 2017, involving decedent Santana Juarez (Decedent). Mr. Chapman's written report, as required under Rule 26(a)(2)(B), is attached.

Under Rule 26(a)(2)(C), the following witnesses, who are not required to provide written reports, may provide expert testimony in connection with their percipient testimony:

///

///

1. Officer Efrain Jimenez. The Defendant may be contacted through his attorney of record whose contact information appears on the first page, above the caption, of this document. Officer Jimenez will provide testimony about: the policies and procedures on the use of force, including deadly force, of the California Highway Patrol and Peace Officer Standards and Training (POST) that governed or impacted his conduct and decisions on August 20, 2017; his tactical decisions in the pursuit and attempted apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the pursuit of and attempted apprehension of the Decedent. Officer Jimenez's testimony will be substantially similar to the testimony he provided at his deposition to the extent he was asked questions on these matters.

2. Officer Shandara Kensey. This witness may be contacted through his attorney of record whose contact information appears on the first page, above the caption, of this document. Officer Kensey will provide testimony about: CHP's and POST's policies and procedures on the use of force, including use of the canine, that governed or impacted his conduct and decisions on August 20, 2017; his tactical decisions in the pursuit and attempted apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the pursuit of and attempted apprehension of the Decedent. Officer Kensey's testimony will be substantially similar to the testimony he provided at his deposition to the extent he was asked questions on these matters.

3. Officer Isaac Martinez. This witness may be contacted through his attorney of record whose contact information appears on the first page, above the caption, of this document. Officer Martinez will provide testimony about: CHP's and POST's policies and procedures on the use of force, including use of deadly force, that governed or impacted his conduct and decisions on August 20, 2017; his tactical decisions in the pursuit and attempted apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the pursuit of and attempted apprehension of the Decedent. Officer Martinez's testimony will be substantially similar to the testimony he provided at his deposition to the extent he was asked questions on these matters.

4. Officer Scott Jobinger. This witness may be contacted through his attorney of record whose contact information appears on the first page, above the caption, of this document. Officer Jobinger will provide testimony about: CHP's and POST's policies and procedures on the use of

force, including use of deadly force, that governed or impacted his conduct and decisions on August 20, 2017; his tactical decisions in the pursuit and attempted apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the pursuit of and attempted apprehension of the Decedent. Officer Jobinger's testimony will be substantially similar to the testimony he provided at his deposition to the extent he was asked questions on these matters.

5. Lt. Kevin Clays. This witness may be contacted through CHP's Office of Legal Affairs at (916) 843-4332. This witness will provide testimony about CHP's investigation into Officer Jimenez's use of force, findings, and conclusion that the officer's use of force comported with departmental policies and procedures.

6. Paramedic Vernon Franklin and EMT Justin K. Arroyo, Pistoresi Ambulance Service, 113 North R Street, Madera, California 93637, (559) 545-9242, and CalFire Engineers Eric Campbell and Troy Calloway Riggs, Madera County Fire Station 19, 35141 Bonadelle Avenue, Madera, California 93636, (559) 645-1399. These witnesses will testify about their provision of life-saving measures to Decedent, Decedent's response to those life-saving measures, and/or the basis for their decision to pronounce Decedent dead and cease life-saving measures.

7. Mark A. Super, M.D., Forensic Pathologist, Forensic Medical Group, Inc., 1261 Travis Blvd., Suite 120, Fairfield, California 94533, (707) 4264883. This witness will provide testimony about: Decedent's autopsy; conclusions he reached, based on his findings, about the cause of Decedent's death; and how a person with Decedent's methamphetamine and alcohol blood levels would affect a person, impair their judgment, ability to perceive, and comprehend and respond to verbal commands.

8. Alan D. Barbour and B.L. Posey, Toxicologists, Central Valley Toxicology, Inc., 1580 Tollhouse Road, Clovis, California 93611, (559) 323-9940. These witnesses will testify about the results of analysis made on a specimen of Decedent's blood, the procedures for conducting such an analysis, the results and findings of the analysis, and how a person with Decedent's methamphetamine and alcohol blood would affect a person, impair their judgment, ability to perceive, and comprehend and respond to verbal commands.

///

Defendant reserves the right to supplement this expert disclosure and the expert witness' report attached to this disclosure, and to designate rebuttal witnesses after receipt of Plaintiffs' disclosure as permitted under Rule 26(a)(2)(D)(ii).

Dated: April 7, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

SA2018302522
34973078.docx

## DECLARATION OF SERVICE BY ELECTRONIC & U.S. MAIL

Case Name: *J.A.J., et al. v. Jimenez*
No.: 1:18-cv-1138 DAD-SKO

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 7, 2021**, I served the attached

**DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**

by electronically transmitting a true copy in PDF format, and placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Panos Lagos, Esq.
LAW OFFICES OF PANOS LAGOS
5032 Woodminster Lane
Oakland, CA 94602-2614
Tel: (510) 530-4078
Fax: (510) 530-4725
E-mail: panos@panoslagoslaw.com

Sanjay S. Schmidt, Esq.
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 563-8583
Fax: (415) 223-9717
E-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs, J. A. J. and TERESA GONZALEZ-VELAZQUEZ*

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true and correct and that this declaration was executed on April 7, 2021, at Sacramento, California.

| N. Huynh | ***/s/ N. Huynh*** |
|---|---|
| Declarant | Signature |