**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**LAW OFFICES OF PANOS LAGOS**
**Panos Lagos (SBN 61821)**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**LAW OFFICE OF SANJAY S. SCHMIDT**
**Sanjay S. Schmidt (SBN 247475)**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

J.A.J., a minor through his mother and Next Friend CRYSTAL BOTELLO, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased; SANTANA JUAREZ JIMENEZ, individually; and TERESA GONZALEZ-VELAZQUEZ, individually;

Plaintiffs,

v.

State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A.J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;

Defendants.

Case No. 1:18-cv-01138-KES-EGC

**DECLARATION OF PANOS LAGOS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3**

I, PANOS LAGOS, declare:

1. I am an attorney duly licensed to practice in the State of California. I am also admitted to practice in the United States District Courts for the Northern and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

2. I have personal knowledge of the following facts and, if called as a witness, can and will competently testify to them under oath.

3. As to any matters alleged on information and belief, I believe them to be true.

4. I am co-counsel for Plaintiff in this action.

5. I took the photographs which are the subject of Defendant's Motion in Limine No. 3 on or about February 12, 2021.

6. The photographs were Bates numbered P000253-P000261 and, as part of Plaintiffs' Supplemental Disclosures, were produced to defense counsel on October 26, 2021 – approximately 4.5 months **after** the June 11, 2021 close of non-expert discovery. The photographs are attached hereto as Ex. 1.

7. Those same Bates numbers (P000253-P000261) had previously been assigned to documents prepared by video technician Paul Kealoha-Blake of East Bay Media Center, one of Plaintiff's non-retained experts. The duplicate Bates numbers inadvertently occurred because the documents prepared by Mr. Blake were not saved in my office's electronic file folder for this case which normally contains all of Plaintiff's Bates-numbered documents.

8. Three of the photographs taken by me (P000253, P000256, and P000257) were used as Exhibit 24 in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (*See* ECF No. 78-4 @ pp. 38-41).

9. The photographs taken by me (P000253-P000261) include the same general area depicted in Defendant's Ex. G in support of their Motion in Limine No. 3 but without the larger view(s) and direction(s) included in the photographs taken by me.

10. I took no measurements of any kind. I used the depiction of the shooting scene from screen shots, at the point where the shooting occurred as confirmed from the CHP AirOps video recording provided to Plaintiff by Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 13, 2026, in Oakland, Alameda County, California.

*/s/Panos Lagos*
Panos Lagos, Declarant

# EXHIBIT 1

















