# Exhibit 1
















OPTIRECTILINEAR
cm
cm



