ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Tel:: (916) 210-7320 | Fax: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased,**<br><br>Plaintiff,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**ERRATA TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2**<br><br>Judge: Honorable Kirk E. Sherriff<br>Trial Date: November 10, 2026<br>Action Filed: August 22, 2018 |

Defendant submits this errata to correct the filing of his opposition to Plaintiff's Motion in Limine No. 2. The original filing is incomplete in that only the first two pages of the opposition were filed. The remainder of the opposition was inadvertently omitted. The undersigned only learned of this error when she downloaded the document using the link in the Court's e-mail message generated by the CM/ECF system and immediately prepared and filed this errata.

/ / /

/ / /

/ / /

The undersigned apologizes for any inconvenience this may have caused the Court, the parties, and their counsel.

Dated: October 14, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

SA2018302522
45382678