**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;

Plaintiffs,

v.

State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;

Defendants.

Case No. 1:18-cv-01138-KES-SKO

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS**

**<u>TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN</u>**:

Plaintiff Joshua A. Juarez hereby submits the following objections to Defendants' Exhibit List (Doc. No. 109, Exhibit D) pursuant to this Court's Final Pretrial Order.

DATED: October 22, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

By *<u>/s/ Dale K. Galipo</u>*
Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua A. Juarez

| **Defs.' Ex.** | **Description** | **Plaintiff's Objections** |
|---|---|---|
| A. | Incident Detail Report (CAD) No. 170820MR00327 (AG00015 to AG00168) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| B. | CHP AirOps A17-240 Select Photographs (AG004172 to AG004175, AG004187, AG004226) | Fed. R. Evid. 401, 402, 403 |
| C. | MVARS Recording for Officer Isaac Martinez (AG004272 to AG004273) **REMOVE IF JOINT**[1] | |
| D. | Radio Traffic Recordings (AG004259) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| E. | Select Crime Scene Photographs by MCSO (X) | Fed. R. Evid. 401, 402, 403 |
| F. | Chevron Gas Station Surveillance Footage (AG004141, AG004139, AG004140) | Fed. R. Evid. 401, 402, 403 |
| G. | Audio Interview of Rene Galindo (AG004129) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| H. | Audio Interview of Stevan C. Ramirez (AG004131) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| I. | Audio Interview of Salvador Gonzales (AG004130) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| J. | Audio Interview of Jaime Gonzales (AG004125) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| K. | Audio Interview of Fernando Ramirez (AG004124) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| L. | Audio Interview of Sara Grendahl (AG004028) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| M. | Audio Interview of Carson Allen (AG004028) | Fed. R. Evid. 401, 402, 403, 801, 802 |

[1] **Ex. C**. of Defendant's Exhibit List is listed as "MVARS Recording for Officer Isaac Martinez (AG004272 to AG004273) REMOVE IF JOINT", ECF No. 109-4, so it is referred to verbatim in Plaintiff's objections. After a meet and confer, it was decided that this will be a Joint Exhibit. Thus, Plaintiff does not interpose objections to this exhibit.

| | | |
|---|---|---|
| N. | Clarance Chapman's Curriculum Vitae | Fed. R. Evid. 401, 402, 403, 801, 802 |
| O. | Clarance Chapman's Expert Report | Fed. R. Evid. 401, 402, 403, 801, 802 |
| P. | Clarance Chapman's Rebuttal/Supplemental Expert Report | Fed. R. Evid. 401, 402, 403, 801, 802 |
| Q. | Multidisciplinary Accident Investigation Team (MAIT) Narrative/Diagram (AG000509 to AG000530) & Select Photographs (X) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| R. | Plaintiff J.A.J.'s Responses to Defendant Efrain Jimenez's Interrogatories, Set One | Fed. R. Evid. 401, 402, 403, 1002 |
| S. | Plaintiff J.A.J.'s Responses to Defendant Efrain Jimenez's Request for Admissions, Set One | Fed. R. Evid. 401, 402, 403, 1002 |