ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Tel:: (916) 210-7320 | Fax: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased,**

Plaintiff,

**v.**

**EFRAIN JIMENEZ,**

Defendant.

No. 1:18-cv-01138-KES-EGC

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**

Judge: Honorable Kirk E. Sherriff
Trial Date: November 10, 2026
Action Filed: August 22, 2018

Defendant Jimenez objects to Plaintiff's trial exhibits as follows:

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 1. | CHP Air Ops A17-240 Video (AG004276) | No objection. Designated as a joint exhibit. |
| 2. | CHP Air Ops A17-242 Video (AG004294) | Objection. Irrelevant, unduly prejudicial, and lacks authentication. Fed. R. Evid. 401-403, 901.[1] |

[1] In the Joint Pretrial Statement, Defendant offered to stipulate to the authenticity of unaltered incident records and photographs or to authenticate via the declaration of the custodian of records. (ECF No. 109 at 20:4-8.) As of the date of filing these objections, Plaintiff's attorneys have not indicated whether they will so stipulate. Defendant therefore asserts an objection based on the lack of authentication to preserve the objection should the parties not reach a subsequent agreement.

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 3. | CHP MVARS of Officer Efrain Jimenez (AG004261-62) | No objection. Designated as a joint exhibit. |
| 4. | CHP MVARS of Officer Scott Jobinger #1 (AG004263-67) | No objection. Designated as a joint exhibit. |
| 5. | CHP MVARS of Officer Scott Jobinger #2 (AG004270) | No objection. Designated as a joint exhibit. |
| 6. | CHP MVARS of Officer J. Yates (AG004274-75) | No objection. Designated as a joint exhibit. |
| 7. | CHP MVARS of Officer Shandara Kensey (AG004296-97) | No objection. Designated as a joint exhibit. |
| 8. | Video taken by Percipient Witness Julian Gonzales (AG004307) | No objection. Designated as a joint exhibit. |
| 9. | Videos taken by Percipient Witness Fernando Ramirez (AG004305-06) | No objection. Designated as a joint exhibit. |
| 10. | Video Interview of Officer Shandara Kensey 1 of 2 (AG004146) (ID Only) | No objection. Designated as a joint exhibit. |
| 11. | Video Interview of Officer Shandara Kensey 2 of 2 (AG004147) (ID Only) | No objection. Designated as a joint exhibit. |
| 12. | Audio Interview of Officer Shandara Kensey (AG004148) (ID Only) | No objection. Designated as a joint exhibit. |
| 13. | Audio Interview of Officer Shandara Kensey (AG004149) (ID Only) | No objection. Designated as a joint exhibit. |
| 14. | Video Interview of Officer Isaac Martinez (AG004150) (ID Only) | No objection. Designated as a joint exhibit. |
| 15. | Video Interview of Officer Isaac Martinez (AG004151) (ID Only) | No objection. Designated as a joint exhibit. |
| 16. | Video Interview of Officer Isaac Martinez (AG004152) (ID Only) | No objection. Designated as a joint exhibit. |
| 17. | Audio Interview of Officer Isaac Martinez (AG004153) (ID Only) | No objection. Designated as a joint exhibit. |
| 18. | Audio Interview of Officer Isaac Martinez (AG004154) (ID Only) | No objection. Designated as a joint exhibit. |
| 19. | Video Interview of Officer Scott Jobinger (AG004158) (ID Only) | No objection. Designated as a joint exhibit. |
| 20. | Video Interview of Officer Scott Jobinger (AG004159) (ID Only) | No objection. Designated as a joint exhibit. |
| 21. | Video Interview of Officer Scott Jobinger (AG004160) (ID Only) | No objection. Designated as a joint exhibit. |
| 22. | Audio Interview of Officer Scott Jobinger (AG004157) (ID Only) | No objection. Designated as a joint exhibit. |
| 23. | Video Interview of Officer Efrain Jimenez (AG004162) (ID Only) | No objection. Designated as a joint exhibit. |
| 24. | Video Interview of Officer Efrain Jimenez (AG004163) (ID Only) | No objection. Designated as a joint exhibit. |

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 25. | Video Interview of Officer Efrain Jimenez (AG004164) (ID Only) | No objection. Designated as a joint exhibit. |
| 26. | Audio Interview of Officer Efrain Jimenez (AG004165) (ID Only) | No objection. Designated as a joint exhibit. |
| 27. | Video Interview of Officer Efrain Jimenez (AG004167) (ID Only) | No objection. Designated as a joint exhibit. |
| 28. | Video Interview of Officer Efrain Jimenez (AG004168) (ID Only) | No objection. Designated as a joint exhibit. |
| 29. | Video Interview of Officer Efrain Jimenez (AG004169) (ID Only) | No objection. Designated as a joint exhibit. |
| 30. | Audio Interview of Officer Efrain Jimenez (AG004170) (ID Only) | No objection. Designated as a joint exhibit. |
| 31. | Transcript of Interview of Officer Efrain Jimenez (AG000041-72) (ID Only) | No objection. Designated as a joint exhibit. |
| 32. | Audio Interview of Luis M. Huaracha (AG004128) (ID Only) | No objection. Designated as a joint exhibit. |
| 33. | Audio Interview of Julian Gonzales (AG004362) (ID Only) | No objection. Designated as a joint exhibit. |
| 34. | MAIT Evidence Overview Diagram (AG000092) | No objection. Designated as a joint exhibit. |
| 35. | MAIT Physical Evidence Diagram (AG000093) | No objection. Designated as a joint exhibit. |
| 36. | MAIT Detail Diagram (AG000094) | No objection. Designated as a joint exhibit. |
| 37. | Dispatch Recording (AG004138) | No objection. Designated as a joint exhibit. |
| 38. | Autopsy of Santana Juarez Gonzalez (AG003870-78) | Objection. Irrelevant, unduly prejudicial, cumulative, lacks foundation, improper expert testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901. Motion in limine pending. |
| 39. | DashCam SloMo.mov (P000253) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 40. | Hand held still.mov (P000254) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 41. | Hand Held2zzoom.tiff (P000255) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 42. | Panos ClipB.jpg (P000256) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 43. | Panos Still 1.jpg (P000257) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 44. | Panos Still 2.jpg (P000258) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 45. | Panos Still 3.jpg (P000259) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 46. | Panos Still 4.jpg (P000260) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 47. | Panos Still Clips.jpg (P000261) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert disclosure or testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 48. | Madera County Sheriff's Office Photographs (AG003594-AG003596, AG003603, AG003609, AG003611, AG003767-AG003772, AG003825-AG003840, AG004289-AG004290) | No objection to AG003594 to AG003596, AG003603, AG003609, AG003611, AG003767 to AG003772. Designated as joint exhibits.<br><br>Objection to AG003825 to AG003840 and AG004289 to AG004290. Irrelevant, unduly prejudicial, inflammatory, misleading, cumulative, lacks foundation, improper expert testimony, and lacks authentication. Fed. R. Evid. 401-403, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). Motion in limine pending. |
| 49. | Photographs taken by Plaintiff's counsel, Panos Lagos, on/about 2/12/2021 (P000253-P000261) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, and improper expert disclosure or testimony. Fed. R. Evid. 401-403, 602, 611, 702; Fed. R. Civ. P. 26(a)(2)(B) & 37(c). Motion in limine pending. |
| 50. | Twelve (12) annotated screen shots by Plaintiff's counsel, Panos Lagos (ECF No. 78-4, pp. 43-54) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert testimony, and lacks authentication. Fed. R. Evid. 401-403, 601-602, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 51. | Four (4) annotated screen shots by Plaintiff's counsel, Panos Lagos (ECF No. 78-4, pp. 56-59) | Objection. Irrelevant, unduly prejudicial, misleading, cumulative, lacks foundation, improper expert testimony, and lacks authentication. Fed. R. Evid. 401-403, 601-602, 611, 702, 901; Fed. R. Civ. P. 26(a)(2)(C) & 37(c). |
| 52. | DOCS_Disk 1 of 8_AG000001-AG004139 | Objection. Exhibits 52 to 59 are compact disks containing thousands of documents, photographs, and audio or video recordings Defendant or third-party CHP produced during discovery. Plaintiff's failure to specify the document(s) within each disk makes it nearly impossible for Defendant to properly object to these items. Also, all the documents identified as joint exhibits are contained in these disks. For these reasons, Defendant objects to the |
| 53. | DOCS_Disk 2 of 8 AG004140-AG004157 | |
| 54. | DOCS_Disk 3 of 8 AG004158-AG004162 | |
| 55. | DOCS_Disk 4 of 8 AG004163-AG004262 | |
| 56. | DOCS_Disk 5 of 8 AG004263-AG004267 | |
| 57. | DOCS_Disk 6 of 8 AG004268-AG004269 | |

| Pl.'s Ex. | Exhibit Description | Defendant's Objection |
|---|---|---|
| 58. | DOCS_Disk 7 of 8 AG004270-AG004272 | exhibits as irrelevant, unduly prejudicial, misleading, inflammatory, cumulative, lacking foundation, improper expert testimony, hearsay, and lacking authentication. Fed. R. Evid. 401-403, 601-602, 611, 702, 802, 901; Fed. R. Civ. P. 26(a)(2) & 37(c). |
| 59. | DOCS_Disk 8 of 8 AG004273-AG004304 | |
| 60. | DOCS_Supp_AG004305-AG004307 | Plaintiff did not exchange these exhibits and has not indicated whether he is withdrawing them. In an abundance of caution, Defendant objects to Exhibits 60 to 67 for the same reasons and on the same grounds as stated above with respect to Exhibits 52 to 59. Fed. R. Evid. 401-403, 601-602, 611, 702, 802, 901; Fed. R. Civ. P. 26(a)(2) & 37(c). |
| 61. | DOCS_Supp_AG004308-AG004319 | |
| 62. | DOCS_Supp_AG004320-AG004330 | |
| 63. | DOCS_Supp_AG004331-AG004345 | |
| 64. | DOCS_Supp_AG004346-AG004356 | |
| 65. | DOCS_Supp_AG004356-AG004362 | |
| 66. | DOCS_Supp_AG004363-AG004381 | |
| 67. | DOCS_Supp_AG004382 | |

Dated: October 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

SA2018302522
45410703