ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Tel:: (916) 210-7320 | Fax: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**LAW OFFICES OF PANOS LAGOS**
**Panos Lagos (SBN 61821)**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078 | 510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**LAW OFFICE OF SANJAY S. SCHMIDT**
**Sanjay S. Schmidt (SBN 247475)**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583 | Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| **J.A.J., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**STIPULATION AND PROPOSED ORDER FOR TWO-DAY EXTENSION TO FILE JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Judge: Honorable Kirk E. Sherriff<br>Trial Date: November 10, 2026<br>Action Filed: August 22, 2018 |

Under Federal Rules of Civil Procedure 6(b) and 16(e) and Local Rule 143, the parties, by and through their counsel of record, stipulate to and request a two-day extension of the deadline to file the joint and separate jury instructions and verdict form as set out in the Tentative Pretrial Order (ECF No. 111). The instructions and verdict forms are currently due on October 28. (*Id.*) The parties require more time to file these documents because they are meeting and conferring to reach agreement on a set of joint instructions and proposed joint verdict form. This requested extension will not affect any other deadline and may reduce the number of disputed instructions the Court will need to resolve. To prevent manifest injustice and good cause appearing, the parties request that the jury instructions and verdict forms be due October 30, 2026.

On September 4, 2026, the Court issued its Tentative Pretrial Order directing the parties to meet and confer to prepare a joint set of jury instructions and a joint verdict form if possible, and where the parties cannot agree on certain instructions or verdict form, to file such proposed disputed jury instructions and verdict form as provided in Local Rule 163. (ECF No. 111 at 24:18-26.) The parties are meeting and conferring on the proposed instructions and verdict form and require more time to review and consider the other's instructions and forms. With a little more time, the parties believe they may be able to reach an agreement on most of the instructions and portions of the verdict form. The requested two-day extension will not affect any other deadlines in the Court's Tentative Pretrial Order. For these reasons, the parties respectfully submit that to prevent manifest injustice, by requiring the parties to file instructions that may be resolved with further informal discussions, and good cause showing, the Court grant the requested extension and order the parties to file the joint and disputed instructions and proposed verdict forms by no later than October 30, 2026.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

Dated: October 28, 2026

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

***/s/ Dale K. Galipo*** (as authorized 10/28/26)

Dale K. Galipo
Hang D. Le
Panos Lagos
Sanjay J. Schmidt
*Attorneys for Plaintiff Joshua Juarez (J.A.J.)*

**IT IS SO ORDERED.**

Dated: ____________

______________________________________
Honorable Kirk E. Sherriff
United States District Judge

SA2018302522
45427698