**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;

Plaintiffs,

v.

State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;

Defendants.

Case No. 1:18-cv-01138-KES-SKO

**PLAINTIFF'S PROPOSED VERDICT FORM**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Joshua Juarez hereby submits his Proposed Verdict Form.

DATED: October 30, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

By *\/s/ Dale K. Galipo*
Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua A. Juarez

# PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Efrain Jimenez use excessive or unreasonable force against Santana Juarez Gonzalez?

YES __________ NO ___________

*If you answered "Yes" to Question 1, please proceed to answer Question 2.*
*If you answered "No" to Question 1, please skip Questions 2-3 and proceed to Question 4.*

**QUESTION 2:** Was the use of excessive or unreasonable force a cause of Santana Juarez Gonzalez's's harm, damage, injury, or loss?

YES __________ NO ___________

*Please proceed to the next question.*

## BANE ACT CLAIM

**QUESTION 3:** Did Efrain Jimenez violate the Bane Act when he used deadly force against Santana Juarez Gonzalez?

YES __________ NO ___________

*Please proceed to the next question.*

## BATTERY CLAIM

**QUESTION 4**: Did Efrain Jimenez use unreasonable deadly force against Santana Juarez Gonzalez?

YES __________ NO ___________

*If you answered "Yes" to Question 4, please proceed to answer Question 5.*
*If you answered "No" to Question 4, please skip Question 5 and proceed to Question 6.*

**QUESTION 5**: Was the use of unreasonable deadly force a cause of harm, injury, or death to Santana Gonzalez Juarez?

YES __________ NO ___________

*Please proceed to the next question.*

## NEGLIGENCE CLAIM

**QUESTION 6:** Was Efrain Jimenez negligent toward Santana Gonzalez Juarez?

YES __________ NO ___________

*If you answered "Yes" to Question 6, please proceed to answer Question 7.*
*If you answered "No" to Question 6, but "Yes" to Question 5, please proceed to answer Question 11.*
*If you answered "No" to Questions 5 and 6, but "Yes" to Question 2 and/or Question 3, please proceed to answer Question 12.*
*If you answered "No" to Question 6, and "No" Questions 1, 3, and 4, please sign and return this verdict form.*

**QUESTION 7:** Was Efrain Jimenez's negligence a cause of harm, injury, or death to Santana Juarez Gonzalez?

YES __________ NO ___________

*If you answered "Yes" to Question 7, please proceed to answer Question 8.*

*If you answered "No" to Question 7, but "Yes" to Question 2, and/or Question 3, and/or Question 5, please proceed to answer Question 8.*

*If you answered "No" to Question 7, and "No" Questions 1, 3, and 4, please sign and return this verdict form.*

**QUESTION 8:** Was Santana Juarez Gonzalez negligent?

YES __________ NO ___________

*If you answered "Yes" to Question 8, please proceed to answer Question 9.*

*If you answered "No" to Question 8, please skip Questions 9-10 and proceed to answer Question 11.*

**QUESTION 9:** Was Santana Juarez Gonzalez's negligence a cause of his harm, injury, or death?

YES __________ NO ___________

*If you answered "Yes" to Question 9, please proceed to answer Question 10.*

*If you answered "No" to Question 9, please skip Question 10 and proceed to answer Question 11.*

**<u>QUESTION 10</u>:** What percentage of responsibility for Santana Juarez Gonzalez's harm, injury, or death do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| Efrain Jimenez | _____________% |
| Santana Juarez Gonzalez | _____________% |
| TOTAL | 100 % |

*Please proceed to the next question.*

## DAMAGES

**<u>QUESTION 11</u>**: What are the Plaintiff Joshua Juarez's wrongful death damages for the loss of his father?

| | |
|---|---|
| Past loss | $________________________________________ |
| Future loss | $________________________________________ |

*If you answered "Yes" to Question 2, please proceed to answer Question 12.*

*If you answered "No" to Question 2, please sign and return this verdict form.*

**<u>QUESTION 12</u>**: What are Santana Juarez Gonzalez's damages for his pre-death pain and suffering?

$________________________________________

*Please proceed to the next question,*

**QUESTION 13**: What are Santana Juarez Gonzalez's damages for his loss of life?

$________________________________________

*Please proceed to the next question.*

**QUESTION 14**: Was Efrain Jimenez's conduct malicious, oppressive, or in reckless disregard of Santana Juarez Gonzalez's rights?

YES ___________ NO ____________

*Please sign and date this verdict form and return it to the Court.*

Dated: __________________ Signed: _________________________________

Jury Foreperson