ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased,**<br><br>Plaintiff,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**DEFENDANT'S PROPOSED VERDICT FORM**<br><br>Trial: November 10, 2026<br>Time: 8:30 a.m.<br>Courtroom: 6<br>Judge: Hon. Kirk E. Sherriff<br>Action Filed: August 22, 2018 |

Defendant Efrain Jimenez submits the following proposed verdict form for use at trial.

Dated: October 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

SA2018302522
45432944

We, the jury, unanimously find the following verdict on the questions submitted to us:

## FEDERAL CIVIL RIGHTS

**<u>Question 1</u>:** Do you find that Defendant Efrain Jimenez used excessive force against decedent Santana Juarez Gonzalez which caused him harm?

Yes ______ No ______

*If you answered "yes," go to Question 2.*

*If you answered "no," skip the remaining questions, and please sign and date this form and submit it to the Courtroom Deputy.*

**<u>Question 2</u>:** What is the amount of compensatory damages, if any, you are awarding to Plaintiff Joshua Juarez, as successor in interest to decedent Santana Juarez Gonzalez, for the violation of decedent Santana Juarez Gonzalez's constitutional rights?

$_________________ or ____ Nominal Damages of $1.00.

*Go to Question 3.*

**<u>Question 3</u>:** Do you find by the preponderance of the evidence that Defendant Efrain Jimenez acted with malice, oppression, or in reckless disregard of decedent Santana Juarez Gonzalez's constitutional rights?

Yes ______ No ______

*Go to Question 4.*

## STATE LAW CLAIMS

**<u>Question 4</u>:** Do you find that Defendant Efrain Jimenez committed a battery on decedent Santana Juarez Gonzalez by using unreasonable or excessive force to which decedent did not consent and which caused decedent harm?

Yes ______ No ______

*Go to Question 5.*

**<u>Question 5</u>:** Do you find that Defendant Efrain Jimenez intentionally interfered with decedent Santana Juarez Gonzalez's right to be free from excessive force in violation of the California Bane Act (Cal. Civ. Code § 52.1)?

Yes ______ No ______

*Go to Question 6.*

**<u>Question 6</u>:** Was Defendant Efrain Jimenez negligent as to his conduct concerning decedent Santana Juarez Gonzalez?

Yes ______ No ______

*If you answered "yes" to Question 6, go to Question 7.*

*If you answered "no" to Question 6 but "yes" to Question 4 and/or 5, go to Question 8.*

*If you answered "no" as to Questions 4 to 6, skip the remaining questions, and please sign and date this form and submit it to the Courtroom Deputy.*

**<u>Question 7</u>:** Was Defendant Efrain Jimenez's negligence a substantial factor in causing decedent Santana Juarez Gonzalez's death?

Yes ______ No ______

*If you answered "yes" to Question 6, go to Question 8.*

*If you answered "no" to Question 6 but answered "yes" to Question 4 and/or 5, go to Question 8.*

*If you answered "no" to Questions 4, 5, and 7, skip the remaining questions, and please sign and date this form and submit it to the Courtroom Deputy.*

/ / /

/ / /

/ / /

**<u>Question 8</u>:** Were any of the following individuals negligent in their conduct concerning the events of August 20, 2017?

| | | |
|---|---|---|
| Decedent Santana Juarez Gonzalez | Yes ______ | No ______ |
| CHP Officer Shandara Kensey | Yes ______ | No ______ |
| CHP Officer Isaac Martinez | Yes ______ | No ______ |
| CHP Officer Scott Jobinger | Yes ______ | No ______ |
| CHP AirOps Officer Dusty Manning | Yes ______ | No ______ |

*If you answered "yes" as to any of the above-listed individuals, go to Question 9.*

*If you answered "no" as to all the above-listed individuals, go to Question 10.*

**<u>Question 9</u>:** Was the negligence of any of the following individuals a substantial factor in causing decedent Santana Juarez Gonzalez's death?

| | | |
|---|---|---|
| Decedent Santana Juarez Gonzalez | Yes ______ | No ______ |
| CHP Officer Shandara Kensey | Yes ______ | No ______ |
| CHP Officer Isaac Martinez | Yes ______ | No ______ |
| CHP Officer Scott Jobinger | Yes ______ | No ______ |
| CHP AirOps Officer Dusty Manning | Yes ______ | No ______ |

*Go to Question 10.*

/ / /

/ / /

/ / /

/ / /

/ / /

**Question 10:** What percentage of negligence, if any, do you assign to the following individuals for whom you answered "yes" in Questions 7 and 9, above? Your total must equal 100 percent.

| | |
|---|---|
| Defendant Efrain Jimenez | ____________% |
| Decedent Santana Juarez Gonzalez | ____________% |
| CHP Officer Shandara Kensey | ____________% |
| CHP Officer Isaac Martinez | ____________% |
| CHP Officer Steven Jobinger | ____________% |
| CHP AirOps Officer Dusty Manning | ____________% |
| | Total: 100% |

*Go to Question 11.*

**Question 11:** What are Plaintiff Joshua Juarez's wrongful death (past and future noneconomic) damages for the loss of decedent Santana Juarez Gonzalez's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

$________________________

*Go to Question 12.*

**Question 12:** If you answered "yes" to Question 4, 5 and/or 7, above, do you find by clear and convincing evidence that Defendant Efrain Jimenez acted with malice, oppression, or in reckless disregard of decedent Santana Juarez Gonzalez's rights?

Yes ______ No ______

*Go to Question 13.*

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

**Question 13:** Did Defendant Efrain Jimenez reasonably believe that decedent Santana Juarez Gonzalez was armed with a gun immediately before Defendant shot him?

Yes ______ No ______

*Go to Question 14.*

**Question 14:** Did decedent Santana Juarez Gonzalez reach for his waistband or pants pocket immediately before Defendant Efrain Jimenez shot him?

Yes ______ No ______

*Go to Question 15.*

**Question 15:** Did decedent Santana Juarez Gonzalez pose an imminent threat of death or seriously bodily injury to the patrons at the Red Barn or to Defendant Efrain Jimenez immediately before Defendant shot him?

Yes ______ No ______

*Go to Question 16.*

**Question 16:** Did Defendant Efrain Jimenez act in self-defense or defense of others when he shot decedent Santana Juarez Gonzalez?

Yes ______ No ______

*Please sign and date this form and return it to the Courtroom Deputy.*

Dated: ______________ ______________________________________

Jury Foreperson