**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;

Plaintiffs,

v.

State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;

Defendants.

Case No. 1:18-cv-01138-KES-SKO

**STIPULATION AND PROPOSED ORDER FOR TWO-DAY EXTENSION TO SUBMIT FINAL EXHIBITS AND LODGE DEPOSITION TRANSCRIPTS WITH THE COURT**

**TO THE HONORABLE COURT**:

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(e) and Local Rule 143, the parties, by and through their counsel of record, stipulate to and request a two-day extension of the deadline to file submit final exhibits to the Court and lodge deposition transcripts with the Court. Pursuant to the Court's Tentative Pretrial Order, the deadline to submit final and exhibits and lodge deposition transcripts with the Court is November 3, 2026. The parties require more time to review the exhibits and prepare the exhibit binders to be transmitted to the Court. Additional time will allow the parties to pare down the exhibits to avoid voluminous exhibit binders. Accordingly, the parties agree that there is good cause to extend the current deadline of November 3, 2026, by two days, to November 5, 2026, and respectfully request that the Court issue an order continuing the deadline to submit final exhibits and lodge deposition transcripts to the Court to **November 5, 2026**. This requested extension will not affect any other deadline currently set by the Court.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

IT IS SO STIPULATED.

DATED: November 3, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Dale K. Galipo*

Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua Juarez (J.A.J.)

DATED: November 3, 2026

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel (as authorized on 11/3/2026)*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

**IT IS SO ORDERED.**

Dated:______________________________

______________________________
Honorable Kirk E. Sherriff
United States District Judge