**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;

Plaintiffs,

v.

State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;

Defendants.

Case No. 1:18-cv-01138-KES-EGC

**PLAINTIFF'S PROPOSED VOIR DIRE**

**<u>TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD</u>**:

Plaintiff Joshua Juarez hereby submits his Proposed Voir Dire.

Respectfully submitted,

DATED: November 3, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Sanjay S. Schmidt*
Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua Juarez (J.A.J.)

PLAINTIFF'S PROPOSED VOIR DIRE

**Questions re Criminal History**[1]

1. Do you know anyone who has ever been arrested or convicted of a crime?
2. Do you have any feelings, thoughts, or preconceptions about people who have been arrested or convicted of multiple crimes?
3. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had been arrested or convicted of crimes in the past?
4. If you heard evidence that one of the parties had been arrested or convicted of a crime in the past, do you think that you could still find that the officers' use of force was unreasonable?
5. If you learned that a person was arrested or convicted of a crime, would you believe that he deserves the same protection under the law as everyone else?
6. If you learned that a person had been in jail or prison in the past, would you believe that he deserves the same protection under the law as everyone else?

**Questions re Drug Bias** [2]

1. Do you have any feelings, thoughts, or preconceptions about people who take illegal drugs?
2. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used an illegal drug?
3. Do you have any strong feelings about illegal drugs?
4. Do you know any who has used any illegal drug?
5. Could you put aside whatever knowledge, information or preconceptions you may have about illegal drugs and listen to the evidence?
6. If this Court instructs you that people have the right to be free from excessive force by police officers, do you have any feelings one way or another, about whether a person who

---

[1] Plaintiff requests this Court voir dire the jury on the subject of criminal history only in the event the Court denies Plaintiff's motion *in limine* on the subject.

[2] Plaintiff requests this Court voir dire the jury on drug bias only in the event the Court denies Plaintiff's motion *in limine* on the subject.

takes an illegal drug deserves the same protection from excessive force by police officers as everyone else?

7. Do you have any feelings, one way or another, about whether a person who takes an illegal drug has the same right to bring a claim in court for violations of their rights as does everyone else? Could you put aside whatever knowledge, information or preconceptions you may have about this and listen to the evidence?
8. Can you put aside any negative feelings you may have about illegal drugs and give both parties a fair trial based on the issue of whether the force used by the defendant on the plaintiff was reasonable or not?

**Questions re Alcohol Bias**[3]

1. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used alcohol?
2. Could you put aside whatever knowledge, information or preconceptions you may have about alcohol and listen to the evidence?
3. If this Court instructs you that people have the right to be free from excessive force by police officers, do you have any feelings one way or another, about whether a person who is under the influence of alcohol deserves the same protection from excessive force by police officers as everyone else?
4. Do you have any feelings, one way or another, about whether a person who is under the influence of alcohol has the same right to bring a claim in court for violations of their rights as does everyone else? Could you put aside whatever knowledge, information or preconceptions you may have about this and listen to the evidence?
5. Can you put aside any negative feelings you may have about alcohol and give both parties a fair trial based on the issue of whether the force used by the defendant on the decedent was

[3] Plaintiff requests this Court voir dire the jury on alcohol bias only in the event the Court denies Plaintiff's motion *in limine* on the subject.

reasonable or not?

**Questions re Flight from Police Bias**

1. If you learned that a person ran from police, would you presume that that person committed a crime?
2. Do you believe that a police officer has the right to punish a person who runs from the police?
3. If you heard the one of the parties had run from the police, do you think you could still find that the officer's conduct during the arrest was unreasonable?
4. Do you have any feelings, one way or another, about whether a person who runs from the police deserves the same protection from excessive force by police officers during an arrest as everyone else?
5. Do you have any feelings, one way or another, about whether a person who runs from the police has a right to bring a claim in court for a violation of his right to be free from excessive force?

**Questions re Peace Officer Bias**

1. Do you think police officers get portrayed unfairly by the media?
2. Everything else being equal, would you be more likely to believe a police officer's testimony than the testimony of a non-police officer?
3. If this trial were a race, would a police officer be starting out ahead of the non-police officer?
4. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?
5. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?
6. Have you ever been a victim of a crime?
    - A. For what crime?

B. Did you have a positive or negative impression of law enforcement as a result?

C. Could you set that experience aside and be fair to both sides?

7. Have any of your close family members or friends been a victim of a crime?

a. For what crime?

i. Did you have a positive or negative impression of law enforcement as a result?

C. Could you set that experience aside and be fair to both sides?

8. Are you or any of your family members or close friends current or former government employees or police officers?

A. If yes, what agency and what type of job?

12. Are you or any of your family members or close friends current or former service members in any division or branch of our military?

A. If yes, what agency and what type of job?

13.Are you or is anyone you know a current or former peace officer?

A. Who, what agency, and how long?

14. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

15. Have you or has anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?

**<u>Questions re: Juror Connection to Defendants</u>**

1. Have you, a family member, or any of your close friends had any contact or association with the California Highway Patrol, the State of California, or any of its employees? If so:

A. Describe the circumstances of the contact or association.

B. Are there any ill feelings that you, your family, or any of your close friends hold toward the California Highway Patrol or any of its employees? If so, please explain.

C. Would you view the evidence differently because of your past experience with the California Highway Patrol or any of its employees?

17. Are you or is anyone you know a current or former employee for the State of California or any of its agencies?

A. Who do you know?

B. What is or was their job?

C. How long were they employed?

**Questions re Justiciability of Peace Officer Conduct**

1. Do you think that our society should hold police officers liable in court when they violate people's rights?
2. Do you think that police officers should be able to use as much force as they want when detaining or arresting someone?
3. Do you think that our society should restrict the amount of force that police officers can use when they are detaining or arresting people?
4. You will hear a lot of evidence and testimony in this case. However, if the Court were to instruct you that your decision should be based only on what the police officer knew at the time of his use of force, would you be able to set aside evidence and information that the officer unknown to the officer when he used force?

Respectfully submitted,

DATED: November 3, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Sanjay S. Schmidt*
Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua Juarez (J.A.J.)