ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7320
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Efrain Jimenez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased,**<br><br>Plaintiff,<br><br>**v.**<br><br>**EFRAIN JIMENEZ,**<br><br>Defendant. | No. 1:18-cv-01138-KES-EGC<br><br>**DEFENDANT'S NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS**<br><br>Trial: November 10, 2026<br>Time: 8:30 a.m.<br>Courtroom: 6<br>Judge: Hon. Kirk E. Sherriff<br>Action Filed: August 22, 2018 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as required in the Tentative Pretrial Order (ECF No. 111), Defendant Jimenez lodged with the Court the following original transcripts of the depositions taken in this matter:

1. Roger Clark, June 2, 2021

2. Rene Galindo, February 4, 2021

3. Julian Gonzales, February 4, 2021

4 Teresa Gonzlez-Velasquez, January 8, 2021

5. Luis Huaracha, March 17, 2021

6. Joshua A. Juarez, January 8, 2021

7. Santana Juarez, January 8, 2021

8. Fernando Ramirez, February 4, 2021

Dated: November 3, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Jimenez*

SA2018302522
45452398