**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
510.530.4078
510.530.4725 (FAX)
E-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
Email: ss@sanjayschmidtlaw.com

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA A. JUAREZ, individually and as successor in interest to SANTANA JUAREZ GONZALEZ, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>State of California Highway Patrol Officer EFRAIN JIMENEZ (ID#18075), individually; A;J, a minor, through her mother and Next Friend, SELENE RAMOS, individually and as successor in interest for SANTANA JUAREZ GONZALEZ, Deceased; and DOES 1 to 100, jointly and severally;<br><br>Defendants. | **Case No. 1:18-cv-01138-KES-SKO**<br><br>**DECLARATION OF DALE K. GALIPO REGARDING TRIAL SUBPOENA PROOFS OF SERVICE ON WITNESS OFFICERS**<br><br>**Trial Date:** November 10, 2026<br>**Dept.:** 6 |

**DECLARATION OF DALE K. GALIPO**

I, Dale K. Galipo, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Eastern District of California. I am one of the attorneys of record for the Plaintiff in the above captioned case. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. I submit this declaration to place on the record the executed Proofs of Service for the trial subpoenas issued by Plaintiff in connection with the upcoming trial in this matter, scheduled to commence on November 10, 2026.

3. On November 5, 2026, witness Officer **Scott Jobinger** was served with a Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action via personal service on Alma "Doe" Subpoena Clerk, an authorized agent to accept service of process at the California Highway Patrol Station, 8820 Highway 99, Le Grand, CA 95333, along with the required witness fee. A true and correct copy of the trial subpoena and executed Proof of Service for Scott Jobinger is attached hereto as **"Exhibit A."**

4. On November 4, 2026, witness Sergeant **Shandara Kensey** was served with a Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action via personal service to Rocio "Doe," Clerk, an authorized agent to accept service of process at the California Highway Patrol Station, 5179 North Gates Avenue, Fresno, CA 93722. A true and correct copy of the trial subpoena and executed Proof of Service for Shandara Kensey is attached hereto as **"Exhibit B."**

5. Based on the parties' discussion before the Court at the Trial Confirmation Hearing held on November 4, 2026, defense counsel will make both witnesses available to testify at trial and both witnesses may appear by videoconference for their testimony at trial.

6. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 5th day of November 2026 at Woodland Hills, California.

DATED: November 5, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF PANOS LAGOS
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Dale K. Galipo*
Dale K. Galipo
Panos Lagos
Sanjay J. Schmidt
Attorneys for Plaintiff Joshua Juarez (J.A.J.)