# EXHIBIT A

Civil Action No. 1:18-cv-01138-KES-EGC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Scott Jobinger**
*on (date)* **November 2, 2026**

☑ I served the subpoena by delivering a copy to the named person as follows: I left the subpoena with **Alma "Doe" Subpoena Clerk, authorized person to accept service of process**, at **8820 Highway 99, Le Grand, CA 95333** on *(date)* **November 5, 2026 at 11:42 PM** ;or

☐ I returned the summons unexecuted because; ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

**$105.00**

My fees are $ .00 for travel and $ for services, for a total of $ .00

I declare under penalty of perjury that this information is true.

Date: **11/5/2026**

Albert Moles
*Server's signature*

**Albert Moles**
*Printed name and title*

**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: PS063 / County: MADERA**
*Server's Address*

Additional information regarding attempted service, etc.: