FILED

NOV 19 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY m DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOSHUA A. JUAREZ.et al.,

Plaintiff,

vs.

EFRAIN JIMENEZ et al.,

Defendant.

CASE NO.: **1:18-CV-01138-KES-EGC**

______________________________/

**NOTE FROM THE JURY**

___ The jury has reached a unanimous verdict. Time: _____

___ The jury requests the following: Time: _____

X The jury has the following question(s): Time: 1127am

~~Is there better~~ The laptop keeps lagging when attempting to play/stop/restart videos. Is there a better option for replay?

DATED: 11/19/26

[redacted]

FOREPERSON OF THE JURY

**COURT'S EXHIBITS**

CASE NO. 1:18-CV-01138

EXHIBIT NO. 1