FILED

NOV 19 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. JUAREZ ET AL., Plaintiff v. EFRAIN JIMENEZ ET AL. Defendant | Case No. 1:18-CV-01138-KES-EGC<br><br>EXHIBIT AND WITNESS LIST |

The attached comprises the court's record of witnesses and exhibits in the trial of the above-entitled case.

Dated: November 19, 2026

KEITH HOLLAND, CLERK OF THE COURT

By: *Victoria Gonzales*
Victoria Gonzales, Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**JOSHUA A. JUAREZ ET AL.,**

V.

**EFRAIN JIMENEZ ET AL.**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: **1:18-CV-01138-KES-EGC**

| PRESIDING DISTRICT JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Kirk E. Sherriff | P. Lagos, D. Galipo, S. Schmidt | D. Esquivel |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| November 10, 12, 13, 17, /18, 19, 2026 | Rachael Lundy/M. Yang, O. Rosales | Victoria Gonzales |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **11/10/2026** | | | |
| | | | | | |
| X | | **11/12/2026** | | | **Witness: Efrain Jimenez – Sworn (9:23 AM)** |
| PX 31 | | | X | | Transcript of Interview of Officer Efrain Jimenez (AG000041-72) (ID Only) |
| PX 3 | | | X | **X** | CHP MVARS of Officer Efrain Jimenez (AG004261-62) |
| PX 1 | | | X | **X** | CHP Air Ops A17-240 Video (AG004276) |
| | DX A | | X | | Incident Detail Report (CAD) No. 170820MR00327 (AG00015 to AG00168) |
| | | **11/13/2026** | | | |
| X | | | | | **Witness: Dr. Mark Super -Sworn (9:11 AM)** |
| PX 48 | | | X | **X** | Madera County Sheriff's Office Photographs (**Pages 26, 28, 30,32,35**) |
| PX 38 | | | X | **X** | Autopsy of Santana Juarez Gonzalez (**Page 9**) (AG003870-78) |
| X | | | | | **Continued testimony of witness Efrain Jimenz – previously sworn - (9:52 PM)** |

| | | | | | |
|---|---|---|---|---|---|
| X | | | | | **Witness: Julian Gonzales – Sworn (1:19 PM)** |
| PX 8 | | | X | **X** | Video taken by Percipient Witness Julian Gonzles (AG004307) |
| X | | | | | **Witness: Roger Clark – Sworn (1:49 PM)** |
| | DX A | | X | | Incident Detail Report (CAD) No. 170820MR00327 (AG00015 to AG00168) |
| | | **11/17/2026** | | | |
| X | | | | | **Witness: Scott Jobinger – Sworn (9:15 AM)** |
| PX 5 | | | X | **X** | CHP MVARS of Officer Scott Jobinger #2 (AG004270) |
| | DX A | | X | | Incident Detail Report (CAD) No. 170820MR00327 (AG00015 to AG00168) **(Page 5)** |
| X | | | | | **Witness: Shandara Kensey – Sworn (11:15 AM)** |
| PX 7 | | | X | **X** | CHP MVARS of Officer Shandara Kensey (AG004296-97) |
| PX 52 | | | X | **X** | CHP MVARS of Isaac Martinez (Bate stamped 4273) (AG004272-73) |
| | DX E | | X | **X** | Select Crime Scene Photographs by MCSO [redacted] Photo AG003846, AG003848 **(Pages 1 and 2)** |
| PX 48 | | | X | **X** | Madera Sherriff's Office Photographs **(Pages 8,10, 11 and 38)** |
| X | | | | | **Witness: Joshua Juarez – Sworn (2:00 PM)** |
| X | | | | | **Plaintiff Rests (2:45 PM)** |
| | X | | | | **Witness: Clarence Chapman – Sworn (3:04 PM)** |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | DX O | | X | | Clarance Chapman's Expert Report |
| | | **11/18/2026** | | | |
| | X | | | | **Witness: Joseph Machado – Sworn (9:24 AM)** |
| | DX Q1 | | X | **X** | Multidisciplinary Accident Investigation Team (MAIT) Narrative/Diagram (AG000509 to AG000530) **(Pages 16, 17 and 18)** |
| | X | | | | **Witness: Isaac Martinez – Sworn (10:20 AM)** |
| | X | | | | **Defense Rests (11:30 AM)** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |