FILED

NOV 19 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSHUA A. JUAREZ et al.,**<br>Plaintiff,<br>v.<br>**EFRAIN JIMENEZ et.al.,**<br>Defendant. | **CASE NO. 1:18-CV-01138-KES-EGC**<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**FOURTH AMENDMENT EXCESSIVE FORCE CLAIM**

**Question 1**:

Did defendant Efrain Jimenez use excessive force against Santana Juarez Gonzalez?

Yes X No ____

*If you answered "Yes" to Question 1, proceed to Question 2.*

*If you answered "No" to Question 1, proceed to Question 4.*

**Question 2**:

Was the use of excessive force an actual cause of Santana Juarez Gonzalez's harm?

Yes X No ____

*Proceed to Question 3.*

**BANE ACT CLAIM**

**Question 3**:

Did Efrain Jimenez violate the Bane Act when he used deadly force against Santana Juarez Gonzalez?

Yes ____ No X

*Proceed to Question 4.*

**BATTERY CLAIM**

**Question 4**:

Did Efrain Jimenez unnecessarily use deadly force against Santana Juarez Gonzalez?

Yes X No ____

*If you answered "Yes" to Question 4, proceed to Question 5.*

*If you answered "No" to Question 4, proceed to Question 6.*

//

**Question 5**:

Was Efrain Jimenez's use of unnecessary deadly force a substantial factor in causing Santana Juarez Gonzalez's death?

Yes X No ____

*Proceed to Question 6.*

## NEGLIGENCE CLAIM

**Question 6**:

Was Efrain Jimenez negligent in his conduct concerning Santana Gonzalez Juarez?

Yes X No ____

*If you answered "Yes" to Question 6, proceed to Question 7.*

*If you answered "No" to Question 6, but you answered "Yes" to Questions 2, 3,* ***or*** *5, proceed to Question 11.*

*If you answered "No" to Question 6,* ***and*** *you answered "No" to either Question 1* ***or*** *2,* ***and*** *you answered "No" to Question 3,* ***and*** *you answered "No" to either Question 4* ***or*** *5, please sign and return this verdict form.*

**Question 7**:

Was Efrain Jimenez's negligence a substantial factor in causing Santana Juarez's death?

Yes X No ____

*If you answered "Yes" to Question 7, proceed to Question 8.*

*If you answered "No" to Question 7, but you answered "Yes" to Questions 2, 3,* ***or*** *5, proceed to Question 11.*

*If you answered "No" to Question 7,* ***and*** *you answered "No" to either Question 1* ***or*** *2,* ***and*** *you answered "No" to Question 3,* ***and*** *you answered "No" to either Question 4* ***or*** *5, please sign and return this verdict form.*

//

//

**Question 8**:

Was Santana Juarez Gonzalez negligent in his interaction with defendant Efrain Jimenez?

Yes X No ____

*If you answered "Yes" to Question 8, proceed to Question 9.*

*If you answered "No" to Question 8, proceed to Question 11.*

**Question 9**:

Was Santana Juarez Gonzalez's negligence a substantial factor in causing his death?

Yes X No ____

*If you answered "Yes" to Question 9, proceed to Question 10.*

*If you answered "No" to Question 9, proceed to Question 11.*

**Question 10**:

What percentage of responsibility for Santana Juarez Gonzalez's harm, injury, or death do you assign to the negligent conduct of the following individuals? (Your total should equal 100%)

Efrain Jimenez 30 %

Santana Juarez Gonzalez 70 %

*Proceed to Question 11.*

## DAMAGES

**Question 11**:

What amount do you award plaintiff for decedent Santana Juarez Gonzalez's damages?

Pre-death pain and suffering $ 350,000

Loss of life $ 1,000,000

*Proceed to Question 12.*

//

//

//

**Question 12**:

What amount do you award plaintiff for his wrongful death damages for the loss of decedent Santana Juarez Gonzalez?

$ -0-

*The Jury Foreperson shall sign and date this verdict form and return it to the Court.*

Dated: 11/19/2026

[redacted]

Jury Foreperson