**FILED**
**JUDGMENT ENTERED**

**November 19, 2026**
**Date**
by: V.GONZALES
Deputy Clerk

U.S. District Court
Eastern District of California
**XX CASE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JOSHUA A. JUAREZ ET AL.,

Plaintiff,

vs.

EFRAIN JIMENEZ ET AL.,

Defendant.
_______________________________/

**JUDGMENT IN A CIVIL ACTION**

1:18-CV-01138-KES-EGC

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 11/19/2026.*

DATED: 11/19/2026

KEITH HOLLAND, Clerk

/S/ Victoria Gonzales
By: Deputy Clerk

jgm.civ
2/18/2025